**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____      Chapter   **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **New Trinity Coal Incorporated** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3767388** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1058 MaClellans Mountain Road**<br>**Kincaid, WV 25119**<br>Number, Street, City, State & ZIP Code | **P. O. Box 100**<br>**Oak Hill, WV 25901**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fayette**<br>County | **Location of principal assets, if different from principal place of business**<br>**Page Loadout, Kincaid, WV: Hughes Creek Loadout, Cedar Grove, WV; Falcon Resources, Van WV; Northsprigs, Gilbert, WV**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **New Trinity Coal Incorporated**
_____
Name                                          Case number (*if known*) _____

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __2121__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | **Eastern District of Kentucky** | When | **2/19/13** | Case number | **5:13-bk-50364** |
| District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor   **New Trinity Coal Incorporated**                                     Case number (*if known*)
          Name

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **New Trinity Coal Incorporated** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March  4, 2019**
                MM / DD / YYYY

**X** **/s/ Gunjan Gupta**                                    **Gunjan Gupta**
Signature of authorized representative of debtor          Printed name

Title     **President and CEO**

---

**18. Signature of attorney**

**X** **/s/ James M. Pierson**                              Date  **March  4, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**James M. Pierson**
Printed name

**Pierson Legal Services**
Firm name

**5300 MacCorkle Avenue, SE**
**P.O. Box 2291**
**Charleston, WV 25328-1210**
Number, Street, City, State & ZIP Code

Contact phone     **304-925-2400**      Email address    **jpierson@piersonlegal.com**

**7732 WV**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **New Trinity Coal Incorporated** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bill Miller Equipment Sales 10200 Parkersburg Rd Eckhart Mines, MD 21528** | | | | | | **$106,500.00** |
| **Boone County Sheriff Tax Office 200 State St. Madison, WV 25130** | | | | | | **$51,019.95** |
| **CBIZ Valuation Group 4851 LBJ Freeway Suite 800 Dallas, TX 75244** | | | | | | **$26,119.29** |
| **Clark Coal and Coke Laboratory 1801 Route 51 South Building 9 Jefferson Hills,, PA 15025** | | | | | | **$18,735.67** |
| **Compliance Mon Lab 50 Caney Branch Road Chapmanville, WV 25508** | | | | | | **$45,662.00** |
| **Cramer Security P.O. Box 1082 Beckley, WV 25802** | | | | | | **$260,985.99** |
| **Dominion Carbon Sales 12001 Ravenna Drive Chesterfield, VA 23838** | | | | | | **$27,074.36** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **New Trinity Coal Incorporated**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Doss Engineering**<br>**2313 WOODLAND**<br>**AVE SW**<br>**Charleston, WV**<br>**25303** | | | | | | **$16,199.51** |
| **Elite Coal Services**<br>**PO BOX 1025**<br>**Summersville, WV**<br>**26651** | | | | | | **$90,615.92** |
| **Essar Global Fund**<br>**Limited (EGFL)**<br>**Essar House**<br>**10 Frere Felix De**<br>**Valois Street**<br>**Port Louis,**<br>**Mauritius** | | **unperfected**<br>**blanket lien** | | **$61,012,326.00** | **$0.00** | **$61,012,326.00** |
| **Gallagher Coal**<br>**Research**<br>**PO BOX 1227**<br>**Crab Orchard, WV**<br>**25827** | | | | | | **$8,758.90** |
| **Guardco**<br>**PO BOX 64**<br>**Belfry, KY 41514** | | | | | | **$125,935.43** |
| **JPMORGAN CHASE**<br>**BANK**<br>**PO BOX 973636**<br>**Dallas, TX 75397** | | | | | | **$36,003.93** |
| **Moutain State Co**<br>**PO BOX 0**<br>**Hazard, KY 41701** | | | | | | **$57,509.41** |
| **RT Rogers Oil Co**<br>**Inc**<br>**153 Grace Street**<br>**Hinton, WV 25951** | | | | | | **$21,125.65** |
| **Sheriff of Boone**<br>**County**<br>**200 State Street, Ste**<br>**102**<br>**Madison, WV 25130** | | | | | | **$42,273.82** |
| **Sheriff of Mingo Co**<br>**P.O. Box 1270**<br>**Williamson, WV**<br>**25661** | | | | | | **$457,600.34** |
| **State of WV State**<br>**Tax Deaprtment**<br>**1124 Smith Street**<br>**Charleston, WV**<br>**25301** | | **A State Tax Lien**<br>**in the amount of**<br>**$253,618.68 dated**<br>**June 15, 2017 and**<br>**recorded in the**<br>**Office of the Clerk**<br>**of the County**<br>**Commission of**<br>**Kanawha County i** | | | | **$253,618.68** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **New Trinity Coal Incorporated**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Strum**<br>**PO BOX 650**<br>**Bridgeport, WV**<br>**26330** | | | | | | **$71,917.25** |
| **US Dept of the Interior**<br>**Office of Surface Mining Reclamation and**<br>**3 Parkway Center Pittsburgh, PA 15220** | | | | | | **$12,731.59** |

Adams Diversified Corp


Adams Leasing, LLC
PO BOX 2320
Pikeville, KY 41502


Alma Land CO. (Big Branch)


Alpha Land and Reserves
224 Virginia Avenue
Vinton, VA 24179


Alvin Stacy
370 Wolfpen Road
Ary, KY 41712


Amber Bishop
PO Box 352
Kistler, WV 25628


App River LLC
1101 Gulf Breeze Parkway Suite 200
Gulf Breeze, FL 32561


Art Hale
2941 Pennsylvania Ave
Charleston, WV 25302


ASP
P.O. Box 8637
Charleston, WV 25303


AT&T
PO Box 6463
Buckingham, IL 60917


Barbara Currier
159 Wonder Valley Road
Bristol, TN 37620

Big Branch
PO BOX 22696
Lexington, KY 40522


Big Meadow Company
PO Box 748
Lewisburg, WV 24901


Bill Miller Equipment Sales
10200 Parkersburg Rd
Eckhart Mines, MD 21528


Boone County Sheriff Tax Office
200 State St.
Madison, WV 25130


Boone East Development CO


Brandon Dillion
7659 Mark Ave
Dayton, OH 45424


Brittany Lester
PO Box 1561
Oceana, WV 24870


C.W. Coal Sales, Inc.
P.O. Box 203
Rush, KY 41680


Calla Mounts
1970 Infinity Lane
Sevierville, TN 37876


Camillo Pulcini
21 Rand Drive
Reading, PA 19606


Carlos Mounts
PO Box 184
Baisden, WV 25608

Caroline B. Mayes


Caroline B. Mays Trustee
3519 Mott Lane
Williamsburg, VA 23185


Caterpillar Financial
PO BOX 340001
Nashville, TN 37203


CBIZ Valuation Group
4851 LBJ Freeway
Suite 800
Dallas, TX 75244


CC Safety Supply, LLC
P.O. Box 1353
Saint Albans, WV 25177


Charles & Meta Justice
HC 88 Box 199A
Baisden, WV 25608


Charles and Wilma Jones
190 Jonestown Circle
Hazard, KY 41701


Christine Belcher
204 Union St
Bluefield, WV 24701


Christopher Adams Bell
5441 Ridge Road
Cortland, OH 44410


Christopher Stacy
5549 Storck Drive
Dayton, OH 45424


Clarice Beheler
Po Box 97
Gilbert, WV 25621

Clark Coal and Coke Laboratory
1801 Route 51 South
Building 9
Jefferson Hills,, PA 15025


Cleo R. Grill


Clyde Stacy
2718 Hazelbrook Drive
Dayton, OH 45414


Compliance Mon Lab
50 Caney Branch Road
Chapmanville, WV 25508


Cornella Holland
242 St. Andrews Drive
Jackson, MS 39211


Cramer Security
P.O. Box 1082
Beckley, WV 25802


Crosiers
PO BOX 250
Lansing, WV 25862


CSC
PO BOX 13397
Philadelphia, PA 19101


CW Campbell
848 Fourth Ave
Suite 301
Huntington, WV 25701


CW Coal Sales INC
P.O. Box 203
Rush, KY 41680


Daisy Mitchell
PO BOX 272
Teaberry, KY 41660

Darlene Long
2 Morris St.
Cartersville, GA 30120


David B. Spohn
16 fairway ridge
Clover, SC 29710


David Francis
PO BOX 726
Prestonsburg, KY 41653


David Francis Testamentary Trust
PO BOX 700
Prestonsburg, KY 41653


David Jr. Jones
144 Jonestown Circle
Hazard, KY 41701


Deborah Mounts


Dennis Dillion
7342 Brandt Pike
Dayton, OH 45424


DEP Div of Water and Waste Mngmt
PO BOX 364
Charleston, WV 25322


Dina Dillion


Dominion Carbon Sales
12001 Ravenna Drive
Chesterfield, VA 23838


Don Stacy, Trustee
7145 Mauford Drive
Dayton, OH 45424

Donna and Jackie Jessie
HC 68 Box 7
Hanover, WV 24839

Donna J Toler
312 JUSTICE AVENUE
Logan, WV 25601

Doss Engineering
2313 WOODLAND AVE SW
Charleston, WV 25303

Drug Testing Centers of America
100 Lee Street W.
Charleston, WV 25302

Dyno Nobel

Earl Stacy
2282 Abbey Lane
Xenia, OH 45385

Edward G. Goodloe/ Barbara F. Goodloe

Edward Gayhart

Elaine Jolley
4428 San Carlos Place
Salt Lake City, UT 84119

Elite Coal Services
PO BOX 1025
Summersville, WV 26651

Elizabeth Evans
PO BOX 446
Urbanna, VA 23175

Essar Global Fund Limited
Essar House
10 Frere Felix De Valois Street
Port Louis, Mauritius


Essar Global Fund Limited (EGFL)
Essar House
10 Frere Felix De Valois Street
Port Louis, Mauritius


Essar Minerals Canada Limited (EMCL)
199 Bay Street, Suite 5300
Commerce Court West
Toronto, Canada


Five Rs Contracting LLC


Floyd County Sheriff
PO BOX 152
Prestonsburg, KY 41653


Frederick Arnold Perry &Carol Ann Perry


Frontier
PO BOX 740407
Cincinnati, OH 45274


Gaddy Engineering Company


Gallagher Coal Research
PO BOX 1227
Crab Orchard, WV 25827


Greta Price
8800 Deer Plains Ways
Dayton, OH 45424


Guardco
PO BOX 64
Belfry, KY 41514

H R Deitz and Assoc
7 Greenbrier Road
Summersville, WV 26651


Heather Bell Kane
5591 Hoagland Blackstub Rd
Cortland, OH 44410


Herman Company
8 Capitol St., Ste 600
Charleston, WV 25301


Hernshaw Partners LLC
PO Box 1210
Gilbert, WV 25621


Highmark Ins
PO BOX 382153
Pittsburgh, PA 15251


Hitachi Capital America Corp


J&S Land Holding LLC


James Lester
PO Box 83
Baisden, WV 25608


James S. Darlington
5 Virginia CT
Huntington, WV 25701


Jeanne L. Kraut/ Thomas Kraut, Trustee


Jennings and Janet Gaylean
HC 88 Box 611
Baisden, WV 25608


Jeremy Lester

Jerry King
PO Box 858
Clear Fork, WV 24822


Jessica Lester
HC32 Box 217
War, WV 24892


Jevertta Jo Smith
25999 Matilda Ave
Flat Rock, MI 48134


JL Caldwell Co


John A. Goodloe JR.


John and Beverly Darlington
20604 Lomita Avenue
Saratoga, CA 95070


John D. Broadwater
128 Colonels Way
Williamsburg, VA 23185


John D. Broadwater Trustee


John E. Goodloe
1450 Ontario Ave
Pasadena, CA 91103


John M. Goodloe


John R. Miller
671 Western Ave
Glen Ellyn, IL 60137


Joseph Lester

JPMORGAN CHASE BANK
PO BOX 973636
Dallas, TX 75397


Judith Smith Redner
5796 County Road 13
Ramah, CO 80832


Judy Ellis
6604 Highland Oad Dr
Greensboro, NC 27410


Julia Byrd
2033 Parkway Drive
Charleston, SC 29412


June Carver
105 Stewart Road
Short Hills, NJ 07078


Kaminski Law
214 Capitol Street
Charleston, WV 25301


Karen Payne
PO BOX 1503
Oak Hill, WV 25901


Kathy Gayhart Smith


Keli Vaillancourt
17621 Henry
Melvindale, MI 48122


Kentucky Fuel Corporation
PO BOX 130
Mousie, KY 41839


Kentucky River Properties
PO BOX 633650
Cincinnati, OH 45263

Key Equipment Finance


Kim Brooks Williams
2416 Starfish Road
Virginia Beach, VA 23451


Komax
500 D STREET
Charleston, WV 25303


KRP


Kycoga Company


Lana Elizabeth Lester
PO Box 83
Baisden, WV 25608


Land Manager LLC
PO Box 891
Summersville, WV 26651


Laura Emmerling
106 Gristmill Lane
Zelienople, PA 16063


Laura Lindsey


Lexington Coal
200 West Vine Street
Lexington, KY 40507


Lilly Collins
PO Box 543
Gilbert, WV 25621


Linda and James H. Lawrence
37 Camelot Drive
Huntington, WV 25701

Linda Cline
HC 88 Box 130B
Baisden, WV 25608


Linda Strickland
47 Aspen Circle
Bristol, VA 24201


Lora Lynn Cline Browning
2941 Pennsylvania Ave
Charleston, WV 25302


Loretta Ritchie
5333 Harveysburg Road
Waynesville, OH 45068


M/M-GHD Lands Inc
PO Box 545
Summersville, WV 26651


Mack Financial Services
7025 Albert Pick RD
Suite 105
Greensboro, NC 27409


Mack King
HC 68 Box 92
Iaeger, WV 24844


Marcella Sparks
4301 Fluhr Drive
Louisville, KY 40216


Mark H. Goodloe
9017 Mcalpine Cove Court
Charlotte, NC 28270


Martha Perkins


Martin T. Goodloe
8075 South Rosemary Court
Englewood, CO 80112

Mary Lou Jones
20 Millard Lane
Vest, KY 41772


Marylin Fain
HC 68 Box 96
Iaeger, WV 24844


Mathew M. Goodloe
7927 Greenview Terrace CT
Charlotte, NC 28277


Matthew Stacy
17012 Anne Street
Allen Park, MI 48101


Michael Mounts
HC 72 Box 1000
Gilbert, WV 25621


Michael Stephen Settle


Mingo Wyoming Coal Land CO
PO Box 58
Huntington, WV 25706


Mingo Wyoming Coal Land CO ET. AL.
PO Box 58
Huntington, WV 25706


Mountain Properties
122 Campbell Drive
Hazard, KY 41701


Moutain State Co
PO BOX 0
Hazard, KY 41701


Nancy Mounts
PO Box 403
Gilbert, WV 25621

New Recources Incorporated
P.O. Box 100
Oak Hill, WV 25901


Norfolk Southern


Norfolk Southern Railway Company
PO BOX 116944
Atlanta, GA 30368


NRP (Operating) LLC


Oak Hill Garbage Disposal Inc
1479 Stanaford Road
Beckley, WV 25801


One Beacon Surety Group
Terry Dahl, VP and Surety Counsel
One State Street Plaza
31st Floor
New York, NY 10004


Pardee Minerals Inc
1717 Arch Street/ 33RD floor
Philadelphia, PA 19103


Patricia J. Bateman
2783 W Appalchian Court
Thousand Oaks, CA 91362


Paul Collins


Ray, Winton & Kelley PLLC
109 Capital Street, Suite 700
Charleston, WV 25301


Raymond Hatfield Jones
655 Buckskin Trail
Xenia, OH 45385

Resources Limited, LLC
188 Spruce Run Road
Summersville, WV 26651

Rex and Pauline Cline

Richard T. Bell, JR
210 Cricket Lane
Cortland, OH 44410

Riverdale Commodities SA
Place du Molard 7-9
Geneva 1204 Switzerland

Robert Michael Bell

Rodney Lester
HC 32 Box 217
War, WV 24892

Ronnie Mounts
HC 71 Box 73D
Gilbert, WV 25621

Ronnie Summers

RT Rogers Oil Co Inc
153 Grace Street
Hinton, WV 25951

Russell King
HC 68 Box 96
Iaeger, WV 24844

Saloma Sonnpag

Sanford and June Jones
204 Bristol Drive
Richmond, KY 40475

Sara Cooke
4806 Byrd Lane
College Grove, TN 37046

Sara Fowler

Sheriff of Boone County
200 State Street, Ste 102
Madison, WV 25130

Sheriff of Fayette County
P.O. Box 509
Fayetteville, WV 25840

Sheriff of Mingo Co
P.O. Box 1270
Williamson, WV 25661

Smith Thompson & Kennedy PLLC
PO BOX 1079
Pikeville, KY 41502

SNF
5079 North Mayo Trail
Pikeville, KY 41501

Southern Safety Inc
PO BOX 251
Sophia, WV 25921

Spruce Pine Land CO
1504 Clubside Road
Cleveland, OH 44124

State Electric Supply Co
PO BOX 890889
Charlotte, NC 28289

State of WV Office of Miners Health

State of WV State Tax Deaprtment
1124 Smith Street
Charleston, WV 25301


Stephen A. Hick



Strum
PO BOX 650
Bridgeport, WV 26330


Theodore A. Smith
1347 N Jefferson Ave
Loveland, CO 80537


Thomas A. Smith
PO BOX 8606
Hermitage, TN 37076


Thomas K. Goodloe
1144 A Kumukumu St
Honolulu, HI 96825


Thomas L. Miller
2625 Muskogee Lane
Braselton, GA 30517


Tiffany Lester
PO Box 1561
Oceana, WV 24870


Triple T Septic Service
PO BOX 548
Mount Nebo, WV 26679


Troy Dillion
7342 Brandt Pike
Dayton, OH 45424


US Dept of Labor Mine Safety and Health
105 Platinum Drive
Bridgeport, WV 26330

US Dept of the Interior
Office of Surface Mining Reclamation and
3 Parkway Center
Pittsburgh, PA 15220


Vera Salyer
1953 Westmeath Place
Lexington, KY 40503


Virgina B. Hawkins
PO BOX 118
Urbanna, VA 23175


Western Pocahontas Properties, LP
5260 Irwin Road
Huntington, WV 25705


Willard and Patricia Miller


Willard C. Miller
3835 Hedgecliff Court
Alpharetta, GA 30022


Wilma Jean Hatfield
6420 Clover Brooke Drive
Brentwood, TN 37027


Woodrow Trent Trust B
PO BOX 369
Iaeger, WV 24844


Woodrow Trent, Trust B
PO Box 369
Iaeger, WV 24844


WPP LLC
5260 IWIN ROAD
Huntington, WV 25705


WV Office of MHS&T
7 Players Club Drive
Suite 2
Charleston, WV 25311

Zelda Walls
PO Box 103
Simon, WV 24882


Zsa Zsa Lolita Dillion
7659 Mark Ave
Dayton, OH 45424

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **New Trinity Coal Incorporated**                                Case No.
                                          Debtor(s)              Chapter      **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **New Trinity Coal Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  4, 2019**
Date

**/s/ James M. Pierson**
**James M. Pierson**
Signature of Attorney or Litigant
Counsel for   **New Trinity Coal Incorporated**
**Pierson Legal Services**
**5300 MacCorkle Avenue, SE**
**P.O. Box 2291**
**Charleston, WV 25328-1210**
**304-925-2400 Fax:304-925-2603**
**jpierson@piersonlegal.com**