**Fill in this information to identify the case:**

Debtor name   **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **2:19-bk-20088**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $   118,360,320.35

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $   118,360,320.35

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   151,867,886.58

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $      828,045.01

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      902,101.81

4.  **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b         $   153,598,033.40

**Fill in this information to identify the case:**

Debtor name   **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **2:19-bk-20088**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)           Type of account           Last 4 digits of account
                                                                                     number

| | | | |
|---|---|---|---|
| 3.1. | **IOLTA Wesbankco** | 6428 | $328,150.87 |
| 3.2. | **New Trinity Coal Inc., Wesbankco** | 5189 | $19,217.68 |
| 3.3. | **Chase** | 4941 | $5,326.20 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                   **$352,694.75**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

|  | | |
|---|---|---|
| 7.1. | This is estimated gross cash collateral for reclamation bonds, long term reclamation liability is estimated at $5,363,986 for new Trinity and $5,800,000.17 for New Resources | $8,650,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **New Trinity Coal Incorporated** | Case number *(If known)* **2:19-bk-20088** |
| | Name | |

7.2.  **Pre-payment (advance payment) to Resources Limited LLC. ( Mining contractor)**   $457,587.74

7.3.  **Pre-paid royalties**   $2,402,715.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**   $11,510,302.74
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   259,023.20   -   0.00   = ....   $259,023.20
face amount   doubtful or uncollectible accounts

11b. Over 90 days old:   84,331,962.00   -   0.00   = ....   $84,331,962.00
face amount   doubtful or uncollectible accounts

11b. Over 90 days old:   152,615.00   -   0.00   = ....   $152,615.00
face amount   doubtful or uncollectible accounts

12. **Total of Part 3.**   $84,743,600.20
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.   **Raw materials**

20.   **Work in progress**

| Debtor | **New Trinity Coal Incorporated** | Case number *(If known)* **2:19-bk-20088** |
|---|---|---|
| | Name | |

| 21. | Finished goods, including goods held for resale | | | |
|---|---|---|---|---|
| | Met Coal (3,842 tons) | $0.00 | | $537,880.00 |
| | Speciality Coal (296 tons) | $0.00 | | $26,227.50 |
| | Base Coal ( 3746 tons) | $0.00 | | $149,840.00 |

| 22. | Other inventory or supplies | | |
|---|---|---|---|
| 23. | Total of Part 5. | | $713,947.50 |
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture estimated | $0.00 | | $20,000.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Ot06-L2 Office Trailer aq 4/1/2010 | $1.00 | | $1.00 |
| OT10 Modular office building aq 4/1/2010 | $1,725.00 | | $1,725.00 |
| DM15-Office Trailer aq 4/1/2010 | $2,054.00 | | $2,054.00 |

Debtor    **New Trinity Coal Incorporated**                Case number (If known) **2:19-bk-20088**
          Name

| | | |
|---|---|---|
| OT18- Office Trailer aq 4/1/2010 | $1,361.76 | $1,361.76 |
| OT21-Page Loadout-Home Trailer aq 4/1/2010 | $3,450.00 | $3,450.00 |
| OT23-F5 New Office Trailer aq 7/15/2010 | $24,958.39 | $24,958.39 |
| P2 Mobile Office Trailer 80x30 aq 8/30/2011 | $1.00 | $1.00 |
| OT25-F5 Office Trailer aq 11/29/2011 | $14,360.00 | $14,360.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        $67,911.15
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No. Go to Part 9.
       ☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **769C Caterpillar water truck**<br>**01X7129-NO VALUE** | $1.00 | Appraisal | $1.00 |
| 47.2.  **Mack Water Truck**<br>**1M2P282C85M001919-Needs**<br>**transmission and has missing parts** | $4,600.00 | Appraisal | $4,600.00 |
| 47.3.  **CH612 Mack Maintenance Truck**<br>**1M1AA07YSW007543-Needs major**<br>**rebuild and missing parts** | $5,300.00 | Appraisal | $5,300.00 |
| 47.4.  **L7500 Sterling Water Truck**<br>**2FWWMJBA6X8F29187 WT-12- Needs**<br>**minor repairs** | $18,100.00 | Appraisal | $18,100.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **New Trinity Coal Incorporated** | Case number *(if known)* **2:19-bk-20088** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.5. | **Granite Mack Lube Truck 1M2AX07CX9M004526 S-22- Needs Minor repairs** | $39,700.00 | Appraisal | $39,700.00 |
| 47.6. | **Cheverolet Pick-up truck 2500 1GCHK23U36F176375 V-30- Should be scrapped or used for parts** | $500.00 | Appraisal | $500.00 |
| 47.7. | **Cheverolet Pick-up truck 2500 1GCHK29u27e117011 V-31-Should be scrapped or used for parts** | $500.00 | Appraisal | $500.00 |
| 47.8. | **Cheverolet Pick-up Truck 1500 1GCEK19JX8Z184596 V-39- Should be scrapped or used for parts** | $500.00 | Appraisal | $500.00 |
| 47.9. | **Cheverolet Pick-up truck 2500 1GCHK29K47E518123 V-40-Should be scrapped or used for parts** | $500.00 | Appraisal | $500.00 |
| 47.10. | **Cheverolet Pick-up truck 2500 1GCHK29K68E156345 V-47- Should be scrapped or used for parts** | $500.00 | Appraisal | $500.00 |
| 47.11. | **MT16- Mechanic Truck aq 4/1/2010** | $3,093.68 | | $3,093.68 |
| 47.12. | **MT22- Mechaninc Truck aq 9/16/2010** | $106,366.49 | | $106,366.49 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Infinity Terex/Reedrill SKF Drill 1D68E10-Needs major component replacements** | $52,000.00 | Appraisal | $52,000.00 |
| | **Infinity Terex/Reedrill SKF Drill 1D68E38-Needs major component replacements** | $68,000.00 | Appraisal | $68,000.00 |
| | **PC300 Komatsu Excavator A86736- Needs new engine and overhaul** | $51,500.00 | Appraisal | $51,000.00 |
| | **WA600-6 Komatsu Coal Bucket R552158** | $4,000.00 | | $4,000.00 |

Debtor    **New Trinity Coal Incorporated**                  Case number *(if known)*  **2:19-bk-20088**
            Name

| | | | |
|---|---|---|---|
| **1750KW Catepillar Mobile Generator- Has sat idle for 4 years** | $58,500.00 | Appraisal | $58,500.00 |
| **WA430-6 Komatsu Wheel Loader 65141 L-50- Needs major overhaul and engine** | $10,000.00 | Appraisal | $10,000.00 |
| **WA430-6 Komatsu Wheel Loader A41035- Unit has no cab/controls, needs new engine and major overhaul** | $6,000.00 | Appraisal | $6,000.00 |
| **Komatsu Excavator Bucket 84EX00003- Spare which needs total rebuild** | $1,500.00 | Appraisal | $1,500.00 |
| **Komatsu Excavator Bucket- Spare which needs total rebuild** | $1,500.00 | Appraisal | $1,500.00 |
| **Hitachi Excavator Bucket- Spare which needs total rebuild** | $1,500.00 | Appraisal | $1,500.00 |
| **RB48 Rosco Road Sweeper 38343 SW-2- Needs major overhaul** | $0.00 | Appraisal | $12,500.00 |
| **RB48 Rosco Road Sweeper 38343 SW-4- Needs major overhaul** | $0.00 | Appraisal | $12,500.00 |
| **RB48 Rosco Road Sweeper 38343 SW-9- Needs major overhaul** | $0.00 | Appraisal | $12,500.00 |
| **SMH Terex Generator SHMGEN-1- Beyond repair** | $1.00 | Appraisal | $1.00 |
| **SMH Terex Generator SHMGEN-2- Beyond repair** | $1.00 | Appraisal | $1.00 |
| **SMH Terex Generator SHMGEN-3- Needs major rebuild** | $5,000.00 | Appraisal | $5,000.00 |
| **SMH Terex Generator SHMGEN-4- Needs major rebuild** | $5,000.00 | Appraisal | $5,000.00 |
| **Scoop- Needs major overhaul** | $4,000.00 | Appraisal | $4,000.00 |
| **Scoop- Needs major overhaul** | $4,000.00 | Appraisal | $4,000.00 |
| **Man trip Big Deep Water Mine- Needs major rebuild** | $5,000.00 | Appraisal | $5,000.00 |

Debtor    **New Trinity Coal Incorporated**                     Case number *(If known)* **2:19-bk-20088**
         Name

| | | | |
|---|---|---|---|
| Man trip small Deep Water Mine- Needs major rebuild | $10,000.00 | Appraisal | $10,000.00 |
| Man trip small Deep Water Mine- Needs major rebuild | $10,000.00 | Appraisal | $10,000.00 |
| SHM Terex High Wall Miner HWM-45 Deep Water Mine- Needs major overhaul, has been canabilized | $2,500,000.00 | Appraisal | $2,500,000.00 |
| Barge Load Out- Hughes Creek- Has sat idle for 4 years, conveyors need complete overhaul | $355,600.00 | Appraisal | $355,600.00 |
| 500 TPH Capacity Prep Plant- Depp Water Mine - Currently operating at 50% capacity | $6,782,200.00 | Appraisal | $6,782,200.00 |
| 3.7 Miles x47" covered (partial underground, partial 40' high) Overland Conveyor- Deep Water Mine- Needs major electrical work and structural upgrades | $10,118,400.00 | Appraisal | $10,118,400.00 |
| 12500 Ton Capacity Train Loadout Silo- No major issues | $234,800.00 | Appraisal | $234,800.00 |
| Conveyors, structures, chutes, Etc. Train Loadout system -No major issues | $204,600.00 | Appraisal | $204,600.00 |
| Phoenix Train Loadout Truck Scale- No major issues | $33,000.00 | Appraisal | $33,000.00 |
| DM15-Belt Structure, acq 4/1/10, fully deprciated | $1.00 | | $1.00 |
| DM11- Belt structure aq 12/01/2010 | $1.00 | | $1.00 |
| overland conveyor belt at DWR aq 3/31/2011 | $1.00 | | $1.00 |
| DM05- Stacker Belt aq 4/1/2010 | $8,680.00 | | $8,680.00 |
| DM15- Tallpiece and structure aq 4/1/2010 | $1.00 | | $1.00 |
| DM15- Belt computer aw 4/1/2010 | $1.00 | | $1.00 |
| DM15-150HP Belt Starter aq 4/1/2010 | $7,873.12 | | $7,873.12 |
| DM15- 150HP belt starter aq 4/1/2010 | $2,721.32 | | $2,721.32 |

Debtor    **New Trinity Coal Incorporated**                Case number *(if known)* **2:19-bk-20088**
Name

| | | | |
|---|---|---|---|
| Power Line to HWM at DWR aq 3/31/2011 | $1.00 | | $1.00 |
| F5 Truck Wash aq 8/5/2011 | $1.00 | | $1.00 |
| P2-Truck Wash aq 12/31/2011 | $1.00 | | $1.00 |
| OT15- Mobile Office Trailer aq 4/1/2010 | $2,948.40 | | $2,948.40 |
| OT20-Office Trailer aq 4/1/2010 | $1,711.48 | | $1,711.48 |
| DM15- Office trailer aq 4/1/2010 | $23,702.80 | | $23,702.80 |
| 10 MVA Power Substation aq 5/18/2011 | $1.00 | | $1.00 |
| SCP10-UT 488 aq 4/1/2010 | $1.00 | | $1.00 |
| DM15-Scoop Charger aq 4/1/2010 | $1.00 | | $1.00 |
| DM15- Permissible Car aq 4/1/2010 | $1.00 | | $1.00 |
| DM15- non perm car aq 4/1/2010 | $1.00 | | $1.00 |
| DM15-non perm car aq 4/1/2010 | $1.00 | | $1.00 |
| SC29- Permissible Personnel Car aq 9/28/2010 | $1.00 | | $1.00 |
| SC30- Permissible Personnel Car aq 9/29/2010 | $1.00 | | $1.00 |
| DM15- Water tank 11,000 gallon aq 4/1/2010 | $2,844.00 | | $2,844.00 |
| DM15- Substation with reclosure aq 4/1/2010 | $24,109.08 | | $24,109.08 |
| DM15-4/0 15V highline aq 4/1/2010 | $5,688.00 | | $5,688.00 |
| DM15- 48x60 radial stacker aq 4/1/2010 | $14,524.80 | 14524.80 | $1.00 |
| DM15- 1000V 800 Amp aq 4/1/2010 | $4,611.32 | | $4,611.32 |
| DM15- Direct Drive Fan aq 4/1/2010 | $5,133.28 | | $5,133.28 |
| 300 KVA Power Center aq 9/1/2011 | $1.00 | | $1.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **New Trinity Coal Incorporated** | Case number *(if known)* | **2:19-bk-20088** |
| | Name | | |

| | | |
|---|---|---|
| DM 16-5000KVA DSUB aq 8/4/2011 | $1.00 | $1.00 |
| DM11- Tracking system aq 10/21/2010 | $1.00 | $1.00 |
| DM11- Fan House 250 HP aq 10/18/2010 | $1.00 | $1.00 |
| DM 15- Fan House Construction aq 4/1/2010 | $61,966.40 | $61,966.40 |
| DM15- KVA Loadcenter aq 4/1/2010 | $1,409.00 | $1,409.00 |
| DM15- Lifeshelter aq 4/1/2010 | $382.64 | $382.64 |
| DM15- Rock duster aq 4/1/2010 | $1.00 | $1.00 |
| DM15- Substation Installed aq 4/1/2010 | $7,530.80 | $7,530.80 |
| DM15- Trailer 10'x 50' aq 4/1/2010 | $1.00 | $1.00 |
| DM15- 500KVA Loadcenter aq 4/1/2010 | $2,421.64 | $2,421.64 |
| DM15- Substation Powerlines aq 4/1/2010 | $4,032.92 | $4,032.92 |
| DM15- Highline Cable 01/09 aq 4/1/2010 | $7,803.76 | $7,803.76 |
| DM15- 15 V High line 1000FT 0109 aq 4/1/2010 | $5,710.72 | $5,710.72 |
| DM15- Radio System required by MSH aq 4/1/2010 | $1.00 | $1.00 |
| DM15- Tracking system aq 12/1/2010 | $1.00 | $1.00 |
| DM11- Belt Monitoring System aq 6/9/2010 | $11,847.88 | $11,847.88 |
| DM11- 8x12 Pump House 40HP aq 6/4/2010 | $30,637.56 | $30,637.56 |
| DM11- Section 1 Power Box aq 5/5/2010 | $5,304.72 | $5,304.72 |
| TS01-F5 Truck Scale System aq 4/1/2010 | $1.00 | $1.00 |
| SW07 aq 4/1/2010 | $1.00 | $1.00 |
| New Gorman Water Pump aq 4/1/2010 | $1.00 | $1.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **New Trinity Coal Incorporated** | Case number *(If known)* **2:19-bk-20088** |
|--------|-----------------------------------|---------------------------------------------|
|        | Name | |

| | | |
|---|---|---|
| DM15- CR32-8 #2 aq 4/1/2010 | $1.00 | $1.00 |
| DM15- CR32-8 #1 aq 4/1/2010 | $1.00 | $1.00 |

| 51. | **Total of Part 8.** | | $20,971,864.01 |
|-----|----------------------|--|----------------|
|     | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☐ No
  ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☐ No
  ■ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Debtor  **New Trinity Coal Incorporated**                         Case number *(if known)* **2:19-bk-20088**
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $352,694.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,510,302.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $84,743,600.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $713,947.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $67,911.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,971,864.01 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $118,360,320.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $118,360,320.35 |

**Fill in this information to identify the case:**

Debtor name    **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    **2:19-bk-20088**

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Essar Global Fund Limited** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $70,355,811.00 | Unknown |
| | **Essar House** | **Unperfected Blanket Lien** | | |
| | **10 Frere Felix De Valois Street** | | | |
| | **Port Louis, Mauritius** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Unperfected Blanket Lien** | | |
| | **ganesan.iyer@essar.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☐ No | | |
| | | ■ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ☐ No | | |
| | **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ■ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| 2.2 | **Essar Global Fund Limited (EGFL)** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $61,012,326.00 | $0.00 |
| | **Essar House** | **unperfected blanket lien** | | |
| | **10 Frere Felix De Valois Street** | | | |
| | **Port Louis, Mauritius** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **unperfected blanket lien** | | |
| | **ganesan.iyer@essar.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☐ No | | |
| | | ■ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Debtor  **New Trinity Coal Incorporated**
        _____
        Name

Case number (if know)   **2:19-bk-20088**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **One Beacon Surety Group** | Describe debtor's property that is subject to a lien | $600,000.00 | $1,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Terry Dahl, VP and Surety Counsel**
**One State Street Plaza**
**31st Floor**
**New York, NY 10004**

Creditor's mailing address

**Preparation plant**

Describe the lien

**Commercial Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**TDahl@OneBeacon.com**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Riverdale Commodities SA** | Describe debtor's property that is subject to a lien | $19,899,749.58 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Place du Molard 7-9**
**Geneva 1204 Switzerland**

Creditor's mailing address

**Unperfected blanket lien**

Describe the lien

**gillese@riverdalecommodit ies.com**

Creditor's email address, if known

Is the creditor an insider or related party?

☐ No
■ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $151,867,886 .58 |
|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor   **New Trinity Coal Incorporated**                          Case number (if know)   **2:19-bk-20088**
     Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  **2:19-bk-20088**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$51,019.95** | **$0.00** |
|  | **Boone County Sheriff Tax Office**<br>**200 State St.**<br>**Madison, WV 25130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$6,000.00** | **$0.00** |
|  | **DEP Div of Water and Waste**<br>**Mngmt**<br>**PO BOX 364**<br>**Charleston, WV 25322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,899.55 | $0.00 |
|---|---|---|---|---|

**Floyd County Sheriff**
**PO BOX 152**
**Prestonsburg, KY 41653**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Kanawha County Sheriff Tax**
**Office**
**409 Virginia Street**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,273.82 | $0.00 |
|---|---|---|---|---|

**Sheriff of Boone County**
**200 State Street, Ste 102**
**Madison, WV 25130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,365.08 | $0.00 |
|---|---|---|---|---|

**Sheriff of Fayette County**
**P.O. Box 509**
**Fayetteville, WV 25840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$457,600.34** | **$0.00** |
|---|---|---|---|---|

**Sheriff of Mingo Co**
P.O. Box 1270
Williamson, WV 25661

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- [ ] Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$0.00** |
|---|---|---|---|---|

**State of WV Office of Miners Health**
7 Players Club Dr., Suite #2
Charleston, WV 25311

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- [ ] Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253,618.68** | **$0.00** |
|---|---|---|---|---|

**State of WV State Tax Deaprtment**
1124 Smith Street
Charleston, WV 25301

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**A State Tax Lien in the amount of $253,618.68 dated June 15, 2017 and recorded in the Office of the Clerk of the County Commission of Kanawha County in State Tax Lien Book 280, at page 969**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- [ ] Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$354.00** | **$0.00** |
|---|---|---|---|---|

**US Dept of Labor Mine Safety and Health**
105 Platinum Drive
Bridgeport, WV 26330

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- [ ] Yes

---

| Debtor | **New Trinity Coal Incorporated** | | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|---|

Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,731.59 | $0.00 |
|---|---|---|---|---|

**US Dept of the Interior
Office of Surface Mining
Reclamation and
3 Parkway Center
Pittsburgh, PA 15220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**WV Office of MHS&T
7 Players Club Drive
Suite 2
Charleston, WV 25311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Adams Diversified Corp
P.O. Box 2320
Pikeville, KY 41502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Reclamation bond in place**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Adams Leasing, LLC
PO BOx 2320
Pikeville, KY 41502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Reclamation bond in place**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Alma Land CO. (Big Branch)
750 Town Mountain Road
Pikeville, KY 41501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | | | $1.00

**Alpha Land and Reserves**
224 Virginia Ave
Vinton, VA 24179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | | | $1.00

**Alpha Land and Reserves**
244 Virginia Ave
Vinton, VA 24179

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | | | $1.00

**Alvin Stacy**
370 Wolfpen Road
Ary, KY 41712

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Expired former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | | | $586.36

**App River LLC**
1101 Gulf Breeze Parkway Suite 200
Gulf Breeze, FL 32561

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | | | $6,737.32

**ASP**
P.O. Box 8637
S. Charleston, WV 25303

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | | | $820.83

**AT&T**
PO Box 6463
Buckingham, IL 60917

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | | | $1.00

**Big Branch**
PO Box 22696
Lexington, KY 40522

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

**3.11** Nonpriority creditor's name and mailing address
**Bill Miller Equipment Sales**
**10200 Parkersburg Rd**
**Eckhart Mines, MD 21528**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$48,500.00

---

**3.12** Nonpriority creditor's name and mailing address
**Brandon Dillion**
**7659 Mark Ave**
**Dayton, OH 45424**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.13** Nonpriority creditor's name and mailing address
**C.W. Coal Sales, Inc.**
**P.O. Box 203**
**Rush, KY 41680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.14** Nonpriority creditor's name and mailing address
**Caroline B. Mayes**
**3519 Mott Lane**
**Williamsburg, VA 23185**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.15** Nonpriority creditor's name and mailing address
**Caroline B. Mays Trustee**
**3519 Mott Lane**
**Williamsburg, VA 23185**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.16** Nonpriority creditor's name and mailing address
**Caterpillar Financial**
**PO BOX 340001**
**Nashville, TN 37203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$146.00

---

**3.17** Nonpriority creditor's name and mailing address
**CBIZ Valuation Group**
**4851 LBJ Freeway**
**Suite 800**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$26,119.29

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,014.20 |
|---|---|---|

**CC Safety Supply, LLC**
**P.O. Box 1353**
**Saint Albans, WV 25177**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|

**Charles and Wilma Jones**
**190 Jonestown Circle**
**Hazard, KY 41701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|

**Christopher Adams Bell**
**5441 Ridge Road**
**Cortland, OH 44410**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|

**Christopher Stacy**
**5549 Storck Drive**
**Dayton, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,735.67 |
|---|---|---|

**Clark Coal and Coke Laboratory**
**1801 Route 51 South**
**Building 9**
**Jefferson Hills,, PA 15025**

Date(s) debt was incurred _

Last 4 digits of account number  **2516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|

**Clyde Stacy**
**2718 Hazelbrook Drive**
**Dayton, OH 45414**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,662.00 |
|---|---|---|

**Compliance Mon Lab**
**50 Caney Branch Road**
**Chapmanville, WV 25508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
**Cornella Holland**
242 St. Andrews Drive
Jackson, MS 39211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.26** | Nonpriority creditor's name and mailing address
**Cramer Security**
P.O. Box 1082
Beckley, WV 25802

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$293,446.74

---

**3.27** | Nonpriority creditor's name and mailing address
**Crosiers**
PO BOX 250
Lansing, WV 25862

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$173.84

---

**3.28** | Nonpriority creditor's name and mailing address
**CSC**
PO BOX 13397
Philadelphia, PA 19101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$920.00

---

**3.29** | Nonpriority creditor's name and mailing address
**CW Coal Sales INC**
P.O. Box 203
Rush, KY 41680

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.30** | Nonpriority creditor's name and mailing address
**David B. Spohn**
16 Fairway Ridge
Clover, SC 29710

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.31** | Nonpriority creditor's name and mailing address
**David Francis**
404 Ninth Street, Suite 203
Huntington, WV 25701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Debtor **New Trinity Coal Incorporated**
Name

Case number (if known)   **2:19-bk-20088**

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**David Francis Testamentary Trust**
**404 Ninth Street, Suite 203**
**Huntington, WV 25701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**David Jr. Jones**
**144 Jonestown Circle**
**Hazard, KY 41701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dennis Dillion**
**7342 Brandt Pike**
**Dayton, OH 45424**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,074.36 |
|---|---|---|---|

**Dominion Carbon Sales**
**12001 Ravenna Drive**
**Chesterfield, VA 23838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Don Stacy, Trustee**
**7145 Mauford Drive**
**Dayton, OH 45424**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**Donna J Toler**
**312 JUSTICE AVENUE**
**Logan, WV 25601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,199.51 |
|---|---|---|---|

**Doss Engineering**
**2313 WOODLAND AVE SW**
**Charleston, WV 25303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.39** Nonpriority creditor's name and mailing address
**Drug Testing Centers of America**
100 Lee Street W.
Charleston, WV 25302

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.40** Nonpriority creditor's name and mailing address
**Earl Stacy**
2282 Abbey Lane
Xenia, OH 45385

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.41** Nonpriority creditor's name and mailing address
**Elaine Jolley**
4428 San Carlos Place
Salt Lake City, UT 84119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.42** Nonpriority creditor's name and mailing address
**Elite Coal Services**
PO BOX 1025
Summersville, WV 26651

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90,615.92

---

**3.43** Nonpriority creditor's name and mailing address
**Elizabeth Evans**
PO Box 446
Urbanna, VA 23175

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.44** Nonpriority creditor's name and mailing address
**Frontier**
PO BOX 740407
Cincinnati, OH 45274

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$630.96

---

**3.45** Nonpriority creditor's name and mailing address
**Gallagher Coal Research**
PO BOX 1227
Crab Orchard, WV 25827

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,758.90

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

**3.46** | Nonpriority creditor's name and mailing address

**Greta Price**
8800 Deer Plains Ways
Dayton, OH 45424

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.47** | Nonpriority creditor's name and mailing address

**Guardco**
PO BOX 64
Belfry, KY 41514

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$125,935.43

---

**3.48** | Nonpriority creditor's name and mailing address

**H R Deitz and Assoc**
7 Greenbrier Road
Summersville, WV 26651

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,793.61

---

**3.49** | Nonpriority creditor's name and mailing address

**Heather Bell Kane**
5591 Hoagland Blackstub Road
Cortland, OH 44410

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.50** | Nonpriority creditor's name and mailing address

**Herman Company**
8 Capitol St., Ste 600
Charleston, WV 25301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,590.00

---

**3.51** | Nonpriority creditor's name and mailing address

**Highmark Ins**
PO BOX 382153
Pittsburgh, PA 15251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,372.33

---

**3.52** | Nonpriority creditor's name and mailing address

**Jeanne L. Kraut/ Thomas Kraut, Trustee**
15 Pieper Road Apt. K110
Scarborough, ME 04074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

**Jevertta Jo Smith**
**25999 Matilda Ave**
**Flat Rock, MI 48134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

**John D. Broadwater**
**128 Colonels Way**
**Williamsburg, VA 23185**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

**John D. Broadwater Trustee**
**128 Colonels Way**
**Williamsburg, VA 23185**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

**John E. Goodloe**
**1450 Ontario Ave**
**Pasadena, CA 91103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

**John M. Goodloe**
**434 Bouchelle Drive #103**
**New Smyrna Beach, FL 32169**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| --- | --- | --- | --- |

**John R. Miller**
**671 Western Ave**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,003.93 |
| --- | --- | --- | --- |

**JPMORGAN CHASE BANK**
**PO BOX 973636**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Judith Smith Redner**
5769 Country Road 13
Ramah, CO 80832

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Julia Byrd**
2033 Parkway Drive
Charleston, SC 29413

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**June Carver**
105 Stewart Road
Short Hills, NJ 07078

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,397.20 |

**Kaminski Law**
214 Capitol Street
Charleston, WV 25301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Keli Vaillancourt**
17621 Henry
Melvindale, MI 48122

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Kentucky Fuel Corporation**
PO Box 130
Mousie, KY 41839

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1.00 |

**Kentucky River Properties**
PO Box 633650
Cincinnati, OH 45263

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.67** Nonpriority creditor's name and mailing address
**Key Equipment Finance**
**1000 South McCaslin Boulevard**
**Louisville, CO 80027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.68** Nonpriority creditor's name and mailing address
**Kim Brooks Williams**
**2416 Starfish Road**
**Virginia Beach, VA 23451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.69** Nonpriority creditor's name and mailing address
**Komax**
**500 D STREET**
**Charleston, WV 25303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$437.61

---

**3.70** Nonpriority creditor's name and mailing address
**Kycoga Company**
**P.O. Box 89**
**Hazard, KY 41701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.71** Nonpriority creditor's name and mailing address
**Laura Lindsey**
**686 CR 2704**
**Alto, TX 75925**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.72** Nonpriority creditor's name and mailing address
**Lexington Coal**
**200 West Vine Street**
**Lexington, KY 40507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.73** Nonpriority creditor's name and mailing address
**Loretta Ritchie**
**5333 Harveysburg Road**
**Waynesville, OH 45068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Former lease with Little Elk Mining Company

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | New Trinity Coal Incorporated | Case number (if known) | 2:19-bk-20088 |
|---|---|---|---|
| | Name | | |

**3.74** | Nonpriority creditor's name and mailing address
**Mack Financial Services**
**7025 Albert Pick Road**
**Suite 105**
**Greensboro, NC 27409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address
**Marcella Sparks**
**4301 Fluhr Drive**
**Louisville, KY 40216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Former lease with Little Elk Mining Company

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address
**Mark H. Goodloe**
**9017 Mcalpine Cover Court**
**Charlotte, NC 28270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Former lease with Little Elk Mining Company

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
**Martin T. Goodloe**
**8075 South Rosemary Court**
**Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Former lease with Little Elk Mining Company

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address
**Mary Lou Jones**
**20 Millard Lane**
**Vest, KY 41772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Former lease with Little Elk Mining Company

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address
**Matthew M. Goodloe**
**7927 Greenview Terrace CT**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Former lease with Little Elk Mining Company

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address
**Matthew Stacy**
**17012 Anne Street**
**Allen Park, MI 48101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Former lease with Little Elk Mining Company

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address

**Mountain Properties**
**122 Campbell Drive**
**Hazard, KY 41701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address

**Moutain State Co**
**PO BOX 0**
**Hazard, KY 41701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$43,000.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

**Oak Hill Garbage Disposal Inc**
**1479 Stanaford Road**
**Beckley, WV 25801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

**Patricia J. Bateman**
**2783 W Appalchian Court**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address

**Ray, Winton & Kelley PLLC**
**109 Capital Street, Suite 700**
**Charleston, WV 25301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$6,977.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address

**Raymond Hatfield Jones**
**655 Buckskin Trail**
**Xenia, OH 45385**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address

**Richard T. Bell, JR**
**210 Cricket Lane**
**Cortland, OH 44410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Robert Michael Bell**
**2852 Cadwallader Sonk Road**
**Cortland, OH 44410**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Ronnie Summers**
**PO Box 763**
**Virgie, KY 41572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Sanford and June Jones**
**204 Bristol Drive**
**Richmond, KY 40475**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Sara Cooke**
**4806 Byrd Lane**
**College Grove, TN 37046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Sara Fowler**
**1116 Judson Road**
**Longview, TX 75601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.29 |

**Smith Thompson & Kennedy PLLC**
**PO BOX 1079**
**Pikeville, KY 41502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.20 |

**SNF**
**5079 North Mayo Trail**
**Pikeville, KY 41501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address

**Southern Safety Inc**
PO BOX 251
Sophia, WV 25921

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$930.00

---

**3.96** | Nonpriority creditor's name and mailing address

**State Electric Supply Co**
PO BOX 890889
Charlotte, NC 28289

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$207.05

---

**3.97** | Nonpriority creditor's name and mailing address

**Stephen A. Hick**
488 Magnolia Vale Drive
Bridgeport, WV 26330

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.98** | Nonpriority creditor's name and mailing address

**Sturm Environmental Services**
PO BOX 650
Bridgeport, WV 26330

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$71,917.25

---

**3.99** | Nonpriority creditor's name and mailing address

**Theodore A. Smith**
1347 N Jefferson Ave
Loveland, CO 80537

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.100** | Nonpriority creditor's name and mailing address

**Thomas A. Smith**
PO Box 8606
Hermitage, TN 37076

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.101** | Nonpriority creditor's name and mailing address

**Thomas K. Goodloe**
1144 A Kumukumu St.
Honolulu, HI 96825

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | $1.00

**Thomas L. Miller**
**2625 Muskogee Lane**
**Braselton, GA 30517**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | $706.64

**Triple T Septic Service**
**PO BOX 548**
**Mount Nebo, WV 26679**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | $1.00

**Troy Dillion**
**7342 Brandt Pike**
**Dayton, OH 45424**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | $1.00

**Vera Salyer**
**1953 Westmeath Place**
**Lexington, KY 40503**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | $1.00

**Virgina B. Hawkins**
**PO Box 118**
**Urbanna, VA 23175**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | $1.00

**Willard C. Miller**
**3835 Hedgecliff Court**
**Alpharetta, GA 30022**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | $1.00

**Wilma Jean Hatfield**
**6420 Clover Brooke Drive**
**Brentwood, TN 37027**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former lease with Little Elk Mining Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,968.07 |
|---|---|---|---|

**Woodrow Trent Trust B**
**PO BOX 369**
**Iaeger, WV 24844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Zsa Zsa Lolita Dillion**
**7695 Mark Ave**
**Dayton, OH 45424**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former lease with Little Elk Mining Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 828,045.01 |
| 5b. Total claims from Part 2 | 5b. + | $ | 902,101.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,730,146.82 |