**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | New Trinity Coal Incorporated |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | 2:19-bk-20088 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Finance Company | |
| | State the term remaining | | AFCO |
| | List the contract number of any government contract | | AFCO<br>P.O. Box 371889<br>Pittsburgh, PA 15250 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water Resources LLC- Lease/Royalty agreement Alpha Land and Reserve Deep Water | |
| | State the term remaining | | Alpha Land and Reserves |
| | List the contract number of any government contract | | 224 Virginia Avenue<br>Vinton, VA 24179 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Amber Bishop |
| | List the contract number of any government contract | | PO Box 352<br>Kistler, WV 25628 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Art Hale |
| | List the contract number of any government contract | | 2941 Pennsylvania Ave<br>Charleston, WV 25302 |

Debtor 1  **New Trinity Coal Incorporated**
      First Name      Middle Name      Last Name

Case number (if known) **2:19-bk-20088**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Barbara Currier |
| | List the contract number of any government contract | | 159 Wonder Valley Road Bristol, TN 37620 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement GWC Lease North Springs | |
| | State the term remaining | | Big Meadow Company |
| | List the contract number of any government contract | | PO Box 748 Lewisburg, WV 24901 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Equipment provider | |
| | State the term remaining | | Bill Miller Equipment Sales Bill Miller Equipment Sales, Inc. |
| | List the contract number of any government contract | | P.O. Box 112 Eckhart Mines, MD 21528 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Falcon Resources LLC- Conditional consent to partial assignment, assumption and amending agreement dated September 26, 2006 | |
| | State the term remaining | | Boone East Development CO |
| | List the contract number of any government contract | | 636 Shelby Street 3rd floor Bristol, TN 37620 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
| | State the term remaining | | Brittany Lester |
| | List the contract number of any government contract | | PO Box 1561 Oceana, WV 24870 |

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 2 of 17
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | New Trinity Coal Incorporated | | Case number (if known) | 2:19-bk-20088 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Calla Mounts |
| | List the contract number of any government contract | | 1970 Infinity Lane Sevierville, TN 37876 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Camillo Pulcini |
| | List the contract number of any government contract | | 21 Rand Drive Reading, PA 19606 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Carlos Mounts |
| | List the contract number of any government contract | | PO Box 184 Baisden, WV 25608 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Charles & Meta Justice North Springs | |
| | State the term remaining | | Charles & Meta Justice |
| | List the contract number of any government contract | | HC 88 Box 199A Baisden, WV 25608 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Christine Belcher |
| | List the contract number of any government contract | | 204 Union St Bluefield, WV 24701 |

Debtor 1  **New Trinity Coal Incorporated**  
First Name    Middle Name    Last Name

Case number (if known) **2:19-bk-20088**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Clarice Beheler |
| | List the contract number of any government contract | | Po Box 97 Gilbert, WV 25621 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced coal testing (required for segregating coal on-site) | |
| | State the term remaining | | Clark Laboratories LLC. 1801 Route 51 South |
| | List the contract number of any government contract | | Building 9 Clairton, PA 15025 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced Laboratory Services | |
| | State the term remaining | | Compliance Monitoring Lab Inc. Compliance Monitoring Lab Inc. |
| | List the contract number of any government contract | | 50 Caney Branch Road Chapmanville, WV 25508 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Security Services (WV) | |
| | State the term remaining | | Cramer Security& Investigations Cramer Security & Investigations |
| | List the contract number of any government contract | | P.O. Box 1082 Beckley, WV 25802 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mingo Wyoming ET. AL. North Springs | |
| | State the term remaining | | CW Campbell 848 Fourth Ave |
| | List the contract number of any government contract | | Suite 301 Huntington, WV 25701 |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Frasure Creek Mining, LLC- Lease/royalty agreement Daisy Mitchell Frasure Creek | Daisy Mitchell PO BOX 272 Teaberry, KY 41660 |

Debtor 1  **New Trinity Coal Incorporated**
        First Name    Middle Name    Last Name

Case number (if known) **2:19-bk-20088**

 **Additional Page if You Have More Contracts or Leases**

| | | |
|---|---|---|
| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

State the term remaining

List the contract number of any government contract

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
|---|---|---|---|
| | State the term remaining | | Darlene Long |
| | List the contract number of any government contract | | 2 Morris St. Cartersville, GA 30120 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Helen Lester North Springs | |
|---|---|---|---|
| | State the term remaining | | Deborah Mounts |
| | List the contract number of any government contract | | 5928 W. Laurel Road London, KY 40741 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Donna and Jackie Jessie North Springs | |
|---|---|---|---|
| | State the term remaining | | Donna and Jackie Jessie |
| | List the contract number of any government contract | | HC 68 Box 7 Hanover, WV 24839 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced labor for preparation plant | |
|---|---|---|---|
| | State the term remaining | | Elite Coal Services |
| | List the contract number of any government contract | | P.O. Box 1025 Summersville, WV 26651 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease | |
|---|---|---|---|
| | State the term remaining | | Gaddy Engineering Company |
| | List the contract number of any | | 303 W. Washington St. Charleston, WV 25302 |

| Debtor 1 | New Trinity Coal Incorporated | | | Case number (if known) | 2:19-bk-20088 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced coal testing (required by purchasers) | |
|---|---|---|---|
| | State the term remaining | | Gallagher Coal Research Center |
| | List the contract number of any government contract | | Gallagher Coal Research Center, Inc.<br>P.O. Box 1227<br>Crab Orchard, WV 25827 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Security Services (KY) | |
|---|---|---|---|
| | State the term remaining | | Guardco Security |
| | List the contract number of any government contract | | Guardco Security<br>P.O. Box 64<br>Belfry, KY 41514 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced Accounting | |
|---|---|---|---|
| | State the term remaining | | Herman & Cormany |
| | List the contract number of any government contract | | Herman & Cormany<br>8 Capitol Street<br>Charleston, WV 25301 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement James H. Harless North Springs | |
|---|---|---|---|
| | State the term remaining | | Hernshaw Partners LLC |
| | List the contract number of any government contract | | Hernshaw Partners LLC<br>PO Box 1210<br>Gilbert, WV 25621 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Employee Health Insurance | |
|---|---|---|---|
| | State the term remaining | | Highmark Blue Cross/ Blue Shield |
| | List the contract number of any government contract | | Highmark Blue Cross Blue Shield<br>P.O. Box 382153<br>Pittsburgh, PA 15251 |

Debtor 1 **New Trinity Coal Incorporated**  
First Name   Middle Name   Last Name

Case number (if known) **2:19-bk-20088**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement GWC Lease North Springs** |
| | State the term remaining | |
| | List the contract number of any government contract | **J&S Land Holding LLC**<br>**P.O. Box 1814**<br>**Princeton, WV 24740** |

| | | |
|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs** |
| | State the term remaining | |
| | List the contract number of any government contract | **James Lester**<br>**PO Box 83**<br>**Baisden, WV 25608** |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Deep Water Resources LLC- Lease/Royalty agreement Darlington Deep Water** |
| | State the term remaining | |
| | List the contract number of any government contract | **James S. Darlington**<br>**5 Virginia CT**<br>**Huntington, WV 25701** |

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jennings and Janet Gaylean**<br>**HC 88 Box 611**<br>**Baisden, WV 25608** |

| | | |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jeremy Lester**<br>**P.O. Box 83**<br>**Baisden, WV 25608** |

| Debtor 1 | **New Trinity Coal Incorporated** | | Case number (if known) | **2:19-bk-20088** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Jerry King |
| | List the contract number of any government contract | | PO Box 858 Clear Fork, WV 24822 |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
| | State the term remaining | | Jessica Lester |
| | List the contract number of any government contract | | HC32 Box 217 War, WV 24892 |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mingo Wyoming ET. AL. North Springs | |
| | State the term remaining | | JL Caldwell Co |
| | List the contract number of any government contract | | 723 Kanawha Blvd. East 14th floor, union building Charleston, WV 25301 |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water Resources LLC- Lease/ Royalty agreement Darlington Deep Water | |
| | State the term remaining | | John and Beverly Darlington |
| | List the contract number of any government contract | | 20604 Lomita Avenue Saratoga, CA 95070 |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
| | State the term remaining | | Joseph Lester |
| | List the contract number of any government contract | | P.O. Box 83 Baisden, WV 25608 |

| Debtor 1 | New Trinity Coal Incorporated | | Case number (if known) | 2:19-bk-20088 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | Judy Ellis |
| | List the contract number of any government contract | | 6604 Highland Oad Dr Greensboro, NC 27410 |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water Resources LLC- Lease/ Royalty agreement Karen Payne Deep Water | |
| | State the term remaining | | Karen Payne |
| | List the contract number of any government contract | | PO BOX 1503 Oak Hill, WV 25901 |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
| | State the term remaining | | Lana Elizabeth Lester |
| | List the contract number of any government contract | | PO Box 83 Baisden, WV 25608 |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement GWC Lease North Springs | |
| | State the term remaining | | Land Manager LLC |
| | List the contract number of any government contract | | PO Box 891 Summersville, WV 26651 |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced field operations | |
| | State the term remaining | | Larkin Hoskins Larkin Hoskins |
| | List the contract number of any government contract | | 5290 Highway 63 Speedwell, TN 37870 |

Debtor 1  **New Trinity Coal Incorporated**
    First Name    Middle Name    Last Name

Case number (if known) **2:19-bk-20088**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs |
| | State the term remaining | |
| | List the contract number of any government contract | Laura Emmerling<br>106 Gristmill Lane<br>Zelienople, PA 16063 |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs |
| | State the term remaining | |
| | List the contract number of any government contract | Lilly Collins<br>PO Box 543<br>Gilbert, WV 25621 |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water Resources LLC- Lease/ Royalty agreement Darlington Deep Water |
| | State the term remaining | |
| | List the contract number of any government contract | Linda and James H. Lawrence<br>37 Camelot Drive<br>Huntington, WV 25701 |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs |
| | State the term remaining | |
| | List the contract number of any government contract | Linda Cline<br>HC 88 Box 130B<br>Baisden, WV 25608 |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs |
| | State the term remaining | |
| | List the contract number of any government contract | Linda Strickland<br>47 Aspen Circle<br>Bristol, VA 24201 |

| Debtor 1 | New Trinity Coal Incorporated | | Case number (if known) | 2:19-bk-20088 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

### 2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

North Springs Resources LLC- Lease/Royalty Agreement Lora Lynn Cline Browning North Springs

State the term remaining

List the contract number of any government contract

Lora Lynn Cline Browning
2941 Pennsylvania Ave
Charleston, WV 25302

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

North Springs Resources LLC- Lease/Royalty Agreement GWC Lease North Springs

State the term remaining

List the contract number of any government contract

M/M-GHD Lands Inc
PO Box 545
Summersville, WV 26651

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs

State the term remaining

List the contract number of any government contract

Mack King
HC 68 Box 92
Iaeger, WV 24844

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs

State the term remaining

List the contract number of any government contract

Marylin Fain
HC 68 Box 96
Iaeger, WV 24844

**2.55.** State what the contract or lease is for and the nature of the debtor's interest

North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs

State the term remaining

List the contract number of any government contract

Michael Mounts
HC 72 Box 1000
Gilbert, WV 25621

Debtor 1  **New Trinity Coal Incorporated**  Case number (if known) **2:19-bk-20088**
         First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Deep Water Resources, LLC- Lease dated May 26, 2006** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Stephen Settle**<br>Route 2, Boz 122<br>Fayetteville, WV 25840 |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement Mingo Wyoming North Springs** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mingo Wyoming Coal Land CO**<br>PO Box 58<br>Huntington, WV 25706 |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement Mingo Wyoming ET. AL. North Springs** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mingo Wyoming Coal Land CO ET. AL.**<br>PO Box 58<br>Huntington, WV 25706 |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Outsources Engineering (permitting)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Moutain State Engineering**<br>Mountain State Company<br>P.O. Box 0<br>Charleston, WV 25309 |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nancy Mounts**<br>PO Box 403<br>Gilbert, WV 25621 |

Debtor 1  **New Trinity Coal Incorporated**
    First Name     Middle Name     Last Name

Case number *(if known)* **2:19-bk-20088**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water Resources LLC- Lease/ Royalty agreement Norfolk Southern Deep Water | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Norfolk Southern<br>P.O. Box 532797<br>Atlanta, GA 30353 |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Trinity Coal Corporation- Facility Improvement Contract Dated October 3, 2007 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Norfolk Southern Railway Company<br>PO BOX 116944<br>Atlanta, GA 30368 |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water Resources LLC- Lease/ royalty agreement | |
| | State the term remaining | | |
| | List the contract number of any government contract | | NRP (Operating) LLC<br>L-2495<br>Columbus, OH 43260 |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Reclamation Bonds | |
| | State the term remaining | | |
| | List the contract number of any government contract | | One Beacon Surety Group<br>One Beacon Surety Group<br>77 Water Street, 17th Floor<br>New York, NY 10005 |
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Pardee Minerals Inc North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pardee Minerals Inc<br>1717 Arch Street/ 33RD floor<br>Philadelphia, PA 19103 |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced Engineering (operations) | Phil Scott<br>Phil Scott<br>17 Cobblestone Lane<br>Huntington, WV 25705 |
| | State the term remaining | | |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases

Debtor 1 __New Trinity Coal Incorporated__
      First Name     Middle Name     Last Name

Case number (if known) __2:19-bk-20088__



**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Open Fork Permits Outsourced mining | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resources Limited, LLC<br>Resources Limited LLC.<br>188 Spruce Run Road<br>Summersville, WV 26651 |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Taylor Branch Permits Outsourced mining | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resources Limited, LLC<br>Resources Limited LLC<br>188 Spruce Run Road<br>Summersville, WV 26651 |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Rex and Pauline Cline North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rex and Pauline Cline<br>P.O. Box 1432<br>Gilbert, WV 25621 |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rodney Lester<br>HC 32 Box 217<br>War, WV 24892 |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ronnie Mounts<br>HC 71 Box 73D<br>Gilbert, WV 25621 |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases

Debtor 1   **New Trinity Coal Incorporated**
           First Name    Middle Name    Last Name

Case number (if known) 2:19-bk-20088

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Frasure Creek Mining, LLC- Security agreement membership interest in Banner Coal debtor is investigating ownership if this asset. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ronnie Summers<br>P.O. Box 763<br>Virgie, KY 41572 |
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Russell King<br>HC 68 Box 96<br>Iaeger, WV 24844 |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Mounts Heirs North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Saloma Sonnpag<br>4368 Wendy Way<br>Charleston, WV 25338 |
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Frasure Creek Mining, LLC- Security agreement membership interest in Banner Coal debtor is investigating ownership of this asset. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Stephen A. Hick<br>488 Magnolia Vale Drive<br>Bridgeport, WV 26330 |
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Outsourced Laboratory Services | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sturm Environmental Services<br>Sturm Environmental Services<br>P.O. Box 650<br>Bridgeport, WV 26330 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | New Trinity Coal Incorporated | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (if known) 2:19-bk-20088



**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Tiffany Lester<br>PO Box 1561<br>Oceana, WV 24870 |
| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | Agent for reclamation bonds | |
| | State the term remaining | | |
| | List the contract number of any government contract | | USI Insurance Services<br>USI Insurance Services<br>333 Earle Ovington Blvd.<br>8th Floor<br>Uniondale, NY 11553 |
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Deep Water LLC- Lease/ Royalty Agreement western Pocahontas Properties, LP Deep Water | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Western Pocahontas Properties, LP<br>5260 Irwin Road<br>Huntington, WV 25705 |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement GWC Lease North Springs | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Woodrow Trent, Trust B<br>PO Box 369<br>Iaeger, WV 24844 |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Falcon Resources LLC- Lease/ Royalty Agreement | |
| | State the term remaining | | |
| | List the contract number of any government contract | | WPP LLC<br>5260 IWIN ROAD<br>Huntington, WV 25705 |

Debtor 1 __New Trinity Coal Incorporated__
     First Name    Middle Name    Last Name

Case number (if known) __2:19-bk-20088__

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Falcon Resources LLC- Conditional consent to partial assignment, assumption and amending agreement dated September 26, 2006 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | WPP LLC<br>5260 IWIN ROAD<br>Huntington, WV 25705 |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | North Springs Resources LLC- Lease/Royalty Agreement Galyean Lester North Springs | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Zelda Walls<br>PO Box 103<br>Simon, WV 24882 |