**Fill in this information to identify the case:**

Debtor name  **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  **2:19-bk-20088**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Deep Water Resources, LLC** | | **Sheriff of Fayette County** | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.2 | **Deep Water Resources, LLC** | | **Cramer Security** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.3 | **Deep Water Resources, LLC** | | **CW Coal Sales INC** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.4 | **Deep Water Resources, LLC** | | **Donna J Toler** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.5 | **Deep Water Resources, LLC** | | **Doss Engineering** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |

Debtor   **New Trinity Coal Incorporated**                     Case number *(if known)*   **2:19-bk-20088**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Deep Water Resources, LLC** | **Elite Coal Services** | ☐ D ____ ■ E/F __3.42__ ☐ G ____ | |
| 2.7 | **Deep Water Resources, LLC** | **Gallagher Coal Research** | ☐ D ____ ■ E/F __3.45__ ☐ G ____ | |
| 2.8 | **Deep Water Resources, LLC** | **Guardco** | ☐ D ____ ■ E/F __3.47__ ☐ G ____ | |
| 2.9 | **Deep Water Resources, LLC** | **SNF** | ☐ D ____ ■ E/F __3.94__ ☐ G ____ | |
| 2.10 | **Deep Water Resources, LLC** | **Sturm Environmental Services** | ☐ D ____ ■ E/F __3.98__ ☐ G ____ | |
| 2.11 | **Deep Water Resources, LLC** | **Triple T Septic Service** | ☐ D ____ ■ E/F __3.103__ ☐ G ____ | |
| 2.12 | **Deepwater Resources LLC** | **Moutain State Co** | ☐ D ____ ■ E/F __3.82__ ☐ G ____ | |
| 2.13 | **Essar Minerals Canada Limited (EMCL)** | **199 Bay Street, Suite 5300 Commerce Court West Toronto, Canada** | **Essar Global Fund Limited** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

---

Official Form 206H                              Schedule H: Your Codebtors                      Page  2 of 20

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **New Trinity Coal Incorporated**                    Case number *(if known)*   **2:19-bk-20088**

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                              *Column 2: Creditor*

| | | |
|---|---|---|
| 2.14  **Falcon Resources LLC** | **Sheriff of Boone County** | ☐ D _____<br>■ E/F   **2.5**<br>☐ G _____ |
| 2.15  **Falcon Resources, LLC** | **One Beacon Surety Group** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.16  **Falcon Resources, LLC** | **Boone County Sheriff Tax Office** | ☐ D _____<br>■ E/F   **2.1**<br>☐ G _____ |
| 2.17  **Falcon Resources, LLC** | **Cramer Security** | ☐ D _____<br>■ E/F   **3.26**<br>☐ G _____ |
| 2.18  **Falcon Resources, LLC** | **Donna J Toler** | ☐ D _____<br>■ E/F   **3.37**<br>☐ G _____ |
| 2.19  **Falcon Resources, LLC** | **Doss Engineering** | ☐ D _____<br>■ E/F   **3.38**<br>☐ G _____ |
| 2.20  **Falcon Resources, LLC** | **Guardco** | ☐ D _____<br>■ E/F   **3.47**<br>☐ G _____ |
| 2.21  **Falcon Resources, LLC** | **Moutain State Co** | ☐ D _____<br>■ E/F   **3.82**<br>☐ G _____ |

---

Debtor    **New Trinity Coal Incorporated**

Case number *(if known)*    **2:19-bk-20088**

▨ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| 2.22 | Falcon Resources, LLC | Sturm Environmental Services | ☐ D _____ <br> ■ E/F _3.98_ <br> ☐ G _____ |
|------|----------------------|------------------------------|-------------------|
| 2.23 | Frasure Creek Mining, LLC | DEP Div of Water and Waste Mngmt | ☐ D _____ <br> ■ E/F _2.2_ <br> ☐ G _____ |
| 2.24 | Frasure Creek Mining, LLC | US Dept of the Interior | ☐ D _____ <br> ■ E/F _2.11_ <br> ☐ G _____ |
| 2.25 | Frasure Creek Mining, LLC | Compliance Mon Lab | ☐ D _____ <br> ■ E/F _3.24_ <br> ☐ G _____ |
| 2.26 | Frasure Creek Mining, LLC | Crosiers | ☐ D _____ <br> ■ E/F _3.27_ <br> ☐ G _____ |
| 2.27 | Frasure Creek Mining, LLC | Southern Safety Inc | ☐ D _____ <br> ■ E/F _3.95_ <br> ☐ G _____ |
| 2.28 | Frasure Creek Mining, LLC | State Electric Supply Co | ☐ D _____ <br> ■ E/F _3.96_ <br> ☐ G _____ |
| 2.29 | Frasure Creek Mining, LLC | Triple T Septic Service | ☐ D _____ <br> ■ E/F _3.103_ <br> ☐ G _____ |

Debtor   **New Trinity Coal Incorporated**                        Case number *(if known)*   **2:19-bk-20088**

▨ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.30 | **Hughes Creek Terminal, LLC** | | **Cramer Security** |

☐ D _____
■ E/F   **3.26**
☐ G _____

| | | |
|---|---|---|
| 2.31 | **Little Elk Mining Company, LLC** | **Sheriff of Mingo Co** |

☐ D _____
■ E/F   **2.7**
☐ G _____

| | | | |
|---|---|---|---|
| 2.32 | **New Recources Incorporated** | P.O. Box 100 Oak Hill, WV 25901 | **Essar Global Fund Limited** |

■ D   **2.1**
☐ E/F _____
☐ G _____

| | | |
|---|---|---|
| 2.33 | **New Resources, Inc** | **Guardco** |

☐ D _____
■ E/F   **3.47**
☐ G _____

| | | |
|---|---|---|
| 2.34 | **New Trinity** | **Essar Global Fund Limited** |

■ D   **2.1**
☐ E/F _____
☐ G _____

| | | |
|---|---|---|
| 2.35 | **New Trinity Coal Corporation** | **Dominion Carbon Sales** |

☐ D _____
■ E/F   **3.35**
☐ G _____

| | | |
|---|---|---|
| 2.36 | **North Springs Resouces, LLC** | **Cramer Security** |

☐ D _____
■ E/F   **3.26**
☐ G _____

| | | |
|---|---|---|
| 2.37 | **North Springs Resouces, LLC** | **Sturm Environmental Services** |

☐ D _____
■ E/F   **3.98**
☐ G _____

Debtor    **New Trinity Coal Incorporated**                          Case number *(if known)*    **2:19-bk-20088**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | | |
|---|---|---|
| 2.38 | **North Springs Resources, LLC** | **Sheriff of Mingo Co** |

☐ D _____
■ E/F ___2.7___
☐ G _____

| | | |
|---|---|---|
| 2.39 | **North Springs Resources, LLC** | **Donna J Toler** |

☐ D _____
■ E/F ___3.37___
☐ G _____

| | | |
|---|---|---|
| 2.40 | **North Springs Resources, LLC** | **Doss Engineering** |

☐ D _____
■ E/F ___3.38___
☐ G _____

| | | |
|---|---|---|
| 2.41 | **North Springs Resources, LLC** | **Guardco** |

☐ D _____
■ E/F ___3.47___
☐ G _____

| | | |
|---|---|---|
| 2.42 | **North Springs Resources, LLC** | **Moutain State Co** |

☐ D _____
■ E/F ___3.82___
☐ G _____

| | | |
|---|---|---|
| 2.43 | **North Springs Resources, LLC** | **Woodrow Trent Trust B** |

☐ D _____
■ E/F ___3.109___
☐ G _____

| | | |
|---|---|---|
| 2.44 | **Trinity Coal Coporation** | **WV Office of MHS&T** |

☐ D _____
■ E/F ___2.12___
☐ G _____

| | | |
|---|---|---|
| 2.45 | **Trinity Coal Corporation** | **State of WV Office of Miners Health** |

☐ D _____
■ E/F ___2.8___
☐ G _____

---

Official Form 206H

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Debtor   **New Trinity Coal Incorporated**

Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**
*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.46 | **Trinity Coal Corporation** | **US Dept of Labor Mine Safety and Health** | ☐ D _____<br>■ E/F __2.10__<br>☐ G _____ |
| 2.47 | **Trinity Coal Corporation** | **Highmark Ins** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.48 | **Deep Water Resources, LLC** | **James S. Darlington** | ☐ D _____<br>☐ E/F _____<br>■ G __2.33__ |
| 2.49 | **Deep Water Resources, LLC** | **John and Beverly Darlington** | ☐ D _____<br>☐ E/F _____<br>■ G __2.39__ |
| 2.50 | **Deep Water Resources, LLC** | **Karen Payne** | ☐ D _____<br>☐ E/F _____<br>■ G __2.42__ |
| 2.51 | **Deep Water Resources, LLC** | **Linda and James H. Lawrence** | ☐ D _____<br>☐ E/F _____<br>■ G __2.48__ |
| 2.52 | **Deep Water Resources, LLC** | **Michael Stephen Settle** | ☐ D _____<br>☐ E/F _____<br>■ G __2.56__ |
| 2.53 | **Deep Water Resources, LLC** | **Norfolk Southern** | ☐ D _____<br>☐ E/F _____<br>■ G __2.61__ |

| Debtor | **New Trinity Coal Incorporated** | Case number (if known) | **2:19-bk-20088** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                                        Column 2: Creditor

| 2.54 | **Deep Water Resources, LLC** | **NRP (Operating) LLC** | ☐ D _____ ☐ E/F _____ ■ G  2.63 |
| 2.55 | **Deep Water Resources, LLC** | **Western Pocahontas Properties, LP** | ☐ D _____ ☐ E/F _____ ■ G  2.79 |
| 2.56 | **Falcon Resources, LLC** | **Boone East Development CO** | ☐ D _____ ☐ E/F _____ ■ G  2.8 |
| 2.57 | **Falcon Resources, LLC** | **WPP LLC** | ☐ D _____ ☐ E/F _____ ■ G  2.81 |
| 2.58 | **Frasure Creek Mining, LLC** | **Amber Bishop** | ☐ D _____ ☐ E/F _____ ■ G  2.3 |
| 2.59 | **Frasure Creek Mining, LLC** | **Art Hale** | ☐ D _____ ☐ E/F _____ ■ G  2.4 |
| 2.60 | **Frasure Creek Mining, LLC** | **Barbara Currier** | ☐ D _____ ☐ E/F _____ ■ G  2.5 |
| 2.61 | **Frasure Creek Mining, LLC** | **Boone East Development CO** | ☐ D _____ ☐ E/F _____ ■ G  2.8 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **New Trinity Coal Incorporated**                          Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                           Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.62 | **Frasure Creek Mining, LLC** | **Brittany Lester** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.9** |
| 2.63 | **Frasure Creek Mining, LLC** | **Calla Mounts** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.10** |
| 2.64 | **Frasure Creek Mining, LLC** | **Camillo Pulcini** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.11** |
| 2.65 | **Frasure Creek Mining, LLC** | **Carlos Mounts** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.66 | **Frasure Creek Mining, LLC** | **Charles & Meta Justice** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.13** |
| 2.67 | **Frasure Creek Mining, LLC** | **Christine Belcher** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.14** |
| 2.68 | **Frasure Creek Mining, LLC** | **Clarice Beheler** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.15** |
| 2.69 | **Frasure Creek Mining, LLC** | **CW Campbell** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.19** |

| Debtor | **New Trinity Coal Incorporated** | | Case number *(if known)* | **2:19-bk-20088** |

▬▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.70 | Frasure Creek Mining, LLC | Daisy Mitchell | ☐ D _____ ☐ E/F _____ ■ G __2.20__ |
|---|---|---|---|
| 2.71 | Frasure Creek Mining, LLC | Darlene Long | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.72 | Frasure Creek Mining, LLC | Deborah Mounts | ☐ D _____ ☐ E/F _____ ■ G __2.22__ |
| 2.73 | Frasure Creek Mining, LLC | Donna and Jackie Jessie | ☐ D _____ ☐ E/F _____ ■ G __2.23__ |
| 2.74 | Frasure Creek Mining, LLC | Gaddy Engineering Company | ☐ D _____ ☐ E/F _____ ■ G __2.25__ |
| 2.75 | Frasure Creek Mining, LLC | Hernshaw Partners LLC | ☐ D _____ ☐ E/F _____ ■ G __2.29__ |
| 2.76 | Frasure Creek Mining, LLC | J&S Land Holding LLC | ☐ D _____ ☐ E/F _____ ■ G __2.31__ |
| 2.77 | Frasure Creek Mining, LLC | James Lester | ☐ D _____ ☐ E/F _____ ■ G __2.32__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

Debtor   **New Trinity Coal Incorporated**

Case number *(if known)*   **2:19-bk-20088**

████ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| 2.78 | **Frasure Creek Mining, LLC** | **Jennings and Janet Gaylean** | ☐ D ____ ☐ E/F ____ ■ G   2.34 |
|---|---|---|---|
| 2.79 | **Frasure Creek Mining, LLC** | **Jeremy Lester** | ☐ D ____ ☐ E/F ____ ■ G   2.35 |
| 2.80 | **Frasure Creek Mining, LLC** | **Jerry King** | ☐ D ____ ☐ E/F ____ ■ G   2.36 |
| 2.81 | **Frasure Creek Mining, LLC** | **Jessica Lester** | ☐ D ____ ☐ E/F ____ ■ G   2.37 |
| 2.82 | **Frasure Creek Mining, LLC** | **JL Caldwell Co** | ☐ D ____ ☐ E/F ____ ■ G   2.38 |
| 2.83 | **Frasure Creek Mining, LLC** | **Joseph Lester** | ☐ D ____ ☐ E/F ____ ■ G   2.40 |
| 2.84 | **Frasure Creek Mining, LLC** | **Judy Ellis** | ☐ D ____ ☐ E/F ____ ■ G   2.41 |
| 2.85 | **Frasure Creek Mining, LLC** | **Lana Elizabeth Lester** | ☐ D ____ ☐ E/F ____ ■ G   2.43 |

Official Form 206H

Schedule H: Your Codebtors

Debtor   **New Trinity Coal Incorporated**                    Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                            *Column 2: Creditor*

| | Codebtor | Creditor | | |
|---|---|---|---|---|
| 2.86 | Frasure Creek Mining, LLC | Land Manager LLC | ☐ D _____ ☐ E/F _____ ■ G | 2.44 |
| 2.87 | Frasure Creek Mining, LLC | Laura Emmerling | ☐ D _____ ☐ E/F _____ ■ G | 2.46 |
| 2.88 | Frasure Creek Mining, LLC | Lilly Collins | ☐ D _____ ☐ E/F _____ ■ G | 2.47 |
| 2.89 | Frasure Creek Mining, LLC | Linda Cline | ☐ D _____ ☐ E/F _____ ■ G | 2.49 |
| 2.90 | Frasure Creek Mining, LLC | Linda Strickland | ☐ D _____ ☐ E/F _____ ■ G | 2.50 |
| 2.91 | Frasure Creek Mining, LLC | Lora Lynn Cline Browning | ☐ D _____ ☐ E/F _____ ■ G | 2.51 |
| 2.92 | Frasure Creek Mining, LLC | M/M-GHD Lands Inc | ☐ D _____ ☐ E/F _____ ■ G | 2.52 |
| 2.93 | Frasure Creek Mining, LLC | Mack King | ☐ D _____ ☐ E/F _____ ■ G | 2.53 |

Debtor  **New Trinity Coal Incorporated**

Case number *(if known)*  **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.94 | **Frasure Creek Mining, LLC** | **Marylin Fain** | ☐ D ____ ☐ E/F ____ ■ G  2.54 | |
| 2.95 | **Frasure Creek Mining, LLC** | **Michael Mounts** | ☐ D ____ ☐ E/F ____ ■ G  2.55 | |
| 2.96 | **Frasure Creek Mining, LLC** | **Mingo Wyoming Coal Land CO** | ☐ D ____ ☐ E/F ____ ■ G  2.57 | |
| 2.97 | **Frasure Creek Mining, LLC** | **Mingo Wyoming Coal Land CO ET. AL.** | ☐ D ____ ☐ E/F ____ ■ G  2.58 | |
| 2.98 | **Frasure Creek Mining, LLC** | **Nancy Mounts** | ☐ D ____ ☐ E/F ____ ■ G  2.60 | |
| 2.99 | **Frasure Creek Mining, LLC** | **Pardee Minerals Inc** | ☐ D ____ ☐ E/F ____ ■ G  2.65 | |
| 2.100 | **Frasure Creek Mining, LLC** | **Rodney Lester** | ☐ D ____ ☐ E/F ____ ■ G  2.70 | |
| 2.101 | **Frasure Creek Mining, LLC** | **Ronnie Mounts** | ☐ D ____ ☐ E/F ____ ■ G  2.71 | |

Official Form 206H

Schedule H: Your Codebtors

Debtor   **New Trinity Coal Incorporated**

Case number *(if known)*  **2:19-bk-20088**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*
*Column 2: Creditor*

| | | | |
|---|---|---|---|
| 2.10<br>2 | **Frasure Creek<br>Mining, LLC** | **Russell King** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.73___ |
| 2.10<br>3 | **Frasure Creek<br>Mining, LLC** | **Saloma Sonnpag** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.74___ |
| 2.10<br>4 | **Frasure Creek<br>Mining, LLC** | **Tiffany Lester** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.77___ |
| 2.10<br>5 | **Frasure Creek<br>Mining, LLC** | **Woodrow Trent,<br>Trust B** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.80___ |
| 2.10<br>6 | **Frasure Creek<br>Mining, LLC** | **WPP LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.81___ |
| 2.10<br>7 | **Frasure Creek<br>Mining, LLC** | **WPP LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.82___ |
| 2.10<br>8 | **New Trinity Coal** | **Barbara Currier** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.5___ |
| 2.10<br>9 | **New Trinity Coal<br>Inc.** | **Amber Bishop** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.3___ |

Official Form 206H

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

Debtor **New Trinity Coal Incorporated**

Case number *(if known)* **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.110 | **New Trinity Coal Inc.** | **Art Hale** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.4___ |
|---|---|---|---|
| 2.111 | **New Trinity Coal Inc.** | **Big Meadow Company** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.6___ |
| 2.112 | **North Springs Resources, LLC** | **Brittany Lester** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.9___ |
| 2.113 | **North Springs Resources, LLC** | **Calla Mounts** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.10___ |
| 2.114 | **North Springs Resources, LLC** | **Camillo Pulcini** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.11___ |
| 2.115 | **North Springs Resources, LLC** | **Carlos Mounts** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.12___ |
| 2.116 | **North Springs Resources, LLC** | **Christine Belcher** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.14___ |
| 2.117 | **North Springs Resources, LLC** | **Clarice Beheler** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.15___ |

Official Form 206H

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

Debtor **New Trinity Coal Incorporated**

Case number *(if known)* **2:19-bk-20088**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor

Column 2: Creditor

---

2.118 **North Springs Resources, LLC**

**CW Campbell**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.19**

---

2.119 **North Springs Resources, LLC**

**Darlene Long**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.21**

---

2.120 **North Springs Resources, LLC**

**Deborah Mounts**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.22**

---

2.121 **North Springs Resources, LLC**

**Donna and Jackie Jessie**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.23**

---

2.122 **North Springs Resources, LLC**

**Gaddy Engineering Company**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.25**

---

2.123 **North Springs Resources, LLC**

**Hernshaw Partners LLC**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.29**

---

2.124 **North Springs Resources, LLC**

**J&S Land Holding LLC**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.31**

---

2.125 **North Springs Resources, LLC**

**James Lester**

- ☐ D _____
- ☐ E/F _____
- ☒ G   **2.32**

---

Official Form 206H

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

Debtor   **New Trinity Coal Incorporated**

Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                                 Column 2: Creditor

| 2.126 | **North Springs Resources, LLC** | Jennings and Janet Gaylean | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.34 |
|---|---|---|---|
| 2.127 | **North Springs Resources, LLC** | Jeremy Lester | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.35 |
| 2.128 | **North Springs Resources, LLC** | Jerry King | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.36 |
| 2.129 | **North Springs Resources, LLC** | Jessica Lester | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.37 |
| 2.130 | **North Springs Resources, LLC** | JL Caldwell Co | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.38 |
| 2.131 | **North Springs Resources, LLC** | Joseph Lester | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.40 |
| 2.132 | **North Springs Resources, LLC** | Judy Ellis | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.41 |
| 2.133 | **North Springs Resources, LLC** | Lana Elizabeth Lester | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    2.43 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **New Trinity Coal Incorporated**

Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.134 | North Springs Resources, LLC | Land Manager LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.44** |
| 2.135 | North Springs Resources, LLC | Laura Emmerling | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.46** |
| 2.136 | North Springs Resources, LLC | Lilly Collins | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.47** |
| 2.137 | North Springs Resources, LLC | Linda Cline | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.49** |
| 2.138 | North Springs Resources, LLC | Linda Strickland | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.50** |
| 2.139 | North Springs Resources, LLC | Lora Lynn Cline Browning | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.51** |
| 2.140 | North Springs Resources, LLC | M/M-GHD Lands Inc | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.52** |
| 2.141 | North Springs Resources, LLC | Mack King | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.53** |

Official Form 206H                                        Schedule H: Your Codebtors

Debtor   **New Trinity Coal Incorporated**

Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor

Column 2: Creditor

| | | | |
|---|---|---|---|
| 2.14 2 | **North Springs Resources, LLC** | **Marylin Fain** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.54 |
| 2.14 3 | **North Springs Resources, LLC** | **Michael Mounts** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.55 |
| 2.14 4 | **North Springs Resources, LLC** | **Mingo Wyoming Coal Land CO** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.57 |
| 2.14 5 | **North Springs Resources, LLC** | **Mingo Wyoming Coal Land CO ET. AL.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.58 |
| 2.14 6 | **North Springs Resources, LLC** | **Nancy Mounts** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.60 |
| 2.14 7 | **North Springs Resources, LLC** | **Pardee Minerals Inc** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.65 |
| 2.14 8 | **North Springs Resources, LLC** | **Rodney Lester** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.70 |
| 2.14 9 | **North Springs Resources, LLC** | **Ronnie Mounts** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   2.71 |

Official Form 206H

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Debtor    **New Trinity Coal Incorporated**

Case number *(if known)*   **2:19-bk-20088**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**

Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.15 0 | **North Springs Resources, LLC** | **Russell King** | ☐ D _____  ☐ E/F _____  ■ G   2.73 |
| 2.15 1 | **North Springs Resources, LLC** | **Saloma Sonnpag** | ☐ D _____  ☐ E/F _____  ■ G   2.74 |
| 2.15 2 | **North Springs Resources, LLC** | **Tiffany Lester** | ☐ D _____  ☐ E/F _____  ■ G   2.77 |
| 2.15 3 | **North Springs Resources, LLC** | **Woodrow Trent, Trust B** | ☐ D _____  ☐ E/F _____  ■ G   2.80 |
| 2.15 4 | **North Springs Resources, LLC** | **WPP LLC** | ☐ D _____  ☐ E/F _____  ■ G   2.82 |
| 2.15 5 | **Trinity Coal Inc.** | **Norfolk Southern Railway Company** | ☐ D _____  ☐ E/F _____  ■ G   2.62 |

Official Form 206H
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

**Fill in this information to identify the case:**

Debtor name    **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **2:19-bk-20088**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  *Amended Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 25, 2019          X */s/ Gunjan Gupta*
                                        Signature of individual signing on behalf of debtor

                                        **Gunjan Gupta**
                                        Printed name

                                        **President and CEO**
                                        Position or relationship to debtor