**Fill in this information to identify the case:**

Debtor name  **New Trinity Coal Incorporated**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  **2:19-bk-20088**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From **4/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other  **operating income 04/01/2018 to 2/28/19 (FYE 03/31/19)** | $17,409,373.60 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   |  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From **1/01/2019** to **Filing Date** | Non business 4/1/18 to filing | $17,002.00 |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. From Trust account<br>See attached list | | $3,437,984.34 | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other  **list includes payment to venders, officers and affiliates of the debtor** |
| 3.2. Westbanco Checking Account<br>See Attached list | | $654,724.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Paul Saluja<br>New Trinity<br>Vice President and general counsel | Monthly | $390,000.00 | salary plus $59,200.79 expense reimbursement |
| 4.2. Gunjan Gupta<br>New Trinity<br>President, CEO, and Director | Monthly | $803,323.87 | Salary and bonus plus $65,823.87 expense reinmbursement |
| 4.3. Saluja Law Offices, PLLC<br>P.O. Box 3856<br>Charleston, WV 25338<br>business owned by officer | monthly rent $3,000.00 plus a single $2,622.00 expense reimbursement | $36,000.00 | Rent for office space |
| 4.4. Pranav Agarwal<br>Essar, 9th Floor, Essar House<br>11 KK MARG, Mahalaxmi<br>Mumbai, Maharazhtra<br>Employee of Essar Services | 12/2018 | $88.43 | expenses - payment directed by Essar Global |
| 4.5. Pramod Prusty<br>Essar, 9th Floor, Essar House<br>11 KK MARG, Mahalaxmi<br>Mumbai, Maharazhtra<br>employee of unknown Essar entity | 1/2019 | $1,490.84 | expenses payment directed by Essar Global |

# EXHIBIT 3.1 (a)
## New Trinity Coal Trust Account
## Accounting

| Date | Cash Received | Check No. | Payee | Amount |
|---|---|---|---|---|
| 12/3/2018 | | Outgoing Wire(2) | ADP | 59,986.29 |
| 12/3/2018 | 281,776.80 | | Integrity Invoice - 1056-18 | |
| 12/3/2018 | | 3754 | Resources Limited LLC. | 200,000.00 |
| 12/3/2018 | | 3755 | VOID | 0.00 |
| 12/3/2018 | | 3756 | Performance Drives Inc | 170.45 |
| 12/7/2018 | 57,934.23 | | NTCI Inv. To DCS 1055-18 | |
| 12/7/2018 | | 3757 | VOID | 0.00 |
| 12/7/2018 | | 3758 | Bill Miller Equipment Sales, Inc. | 5,000.00 |
| 12/7/2018 | | 3759 | Diana Hodges | 49.85 |
| 12/7/2018 | | 3760 | Eagle Carbon Inc. | 4,245.00 |
| 12/7/2018 | | 3761 | Jeremy Simms | 828.73 |
| 12/7/2018 | | 3762 | Michael Pittman | 182.68 |
| 12/10/2018 | | 3763 | Paul Saluja | 1,920.56 |
| 12/10/2018 | | Outgoing Wire | Dominion Carbon (PO 12649) | 8,247.30 |
| 12/14/2018 | 20,785.46 | | NTCI - DCS 1057-18 | |
| 12/14/2018 | 56,770.45 | | NTCI - DCS 1058-18 | |
| 12/14/2018 | | 3764 | Pramod Prusty | 1,200.00 |
| 12/17/2018 | | 3765 | Karen Payne | 600.00 |
| 12/17/2018 | | 3766 | RT Rogers Oil Co. Inc. | 6,247.50 |
| 12/17/2018 | | Outgoing Wire | Essar Services India Private Ltd. | 4,000.00 |
| 12/17/2018 | | Outgoing Wire | NTCI - Payroll (Online 2 wires) | 51,124.54 |
| 12/17/2018 | | 3767 | Jeremy Simms | 287.09 |
| 12/17/2018 | | 3768 | Michael Pittman | 284.09 |
| 12/17/2018 | | 3769 | Paul Saluja | 3,438.39 |
| 12/17/2018 | | 3770 | Diana Hodges | 98.43 |
| 12/20/2018 | | 3771 | Resources Limited | 200,000.00 |
| 12/20/2018 | | 3772 | CrossFire | 922.30 |
| 12/20/2018 | | 3773 | Elite Coal Services | 12,574.81 |
| 12/20/2018 | | 3774 | Larkin Hoskins - Expenses | 6,500.00 |
| 12/20/2018 | | 3775 | Void | 0.00 |
| 12/21/2018 | | 3776 | Pramod Prusty | 290.84 |
| 12/21/2018 | | 3777 | The Welch News | 473.28 |
| 12/21/2018 | 48,648.62 | | Invoice Number 1059-18 | |
| 12/21/2018 | 15,172.96 | | Invoice Number 1060-18 | |
| 12/27/2018 | | 3778 | VOID | 0.00 |
| 12/27/2018 | | 3779 | Mountain State Company | 24,000.00 |
| 12/27/2018 | 358,325.00 | | Integrity Invoice - 1065-18 | |
| 12/28/2018 | 13,227.05 | | DCS Invoice 1061-18 | |
| 12/28/2018 | 99,101.89 | | DCS Invoice 1062-18 | |

| Date | | | Check/Ref | Payee | Amount |
|---|---|---|---|---|---|
| 12/31/2018 | | | 3780 | Resources Limited | 150,000.00 |
| 12/31/2018 | | Online PMT | | One Beacon - Bond Collateral | 180,000.00 |
| 12/31/2018 | | Online PMT | | ADP/NTCI - Payroll | 31,385.12 |
| 12/31/2018 | | Online PMT | | ADP/NTCI - Payroll | 25,306.15 |
| 12/31/2018 | | | 3781 | Rent | 3,000.00 |
| 12/31/2018 | | | 3782 | Diana Hodges | 46.63 |
| 12/31/2018 | | | 3783 | Gunjan Gupta - Expenses | 2,473.87 |
| 12/31/2018 | | | 3784 | Michael Pittman | 97.00 |
| 12/31/2018 | | | 3785 | Paul Saluja | 841.84 |
| 12/31/2018 | | | 3786 | VOID | 0.00 |
| 12/31/2018 | | | 3787 | Appriver - NTCI | 558.00 |
| 12/31/2018 | | | 3788 | Highmark Blue Cross | 5,372.33 |
| 12/31/2018 | | | 3789 | AFCO | 27,235.46 |
| 12/31/2018 | | | 3790 | AFCO | 9,929.04 |
| 12/31/2018 | | | 3791 | AFCO | 198.58 |
| 12/31/2018 | | | 3792 | WVDEP | 1,257.00 |
| 12/31/2018 | | | 3793 | ADP | 103.77 |
| 12/31/2018 | | | 3794 | VOID | 0.00 |
| 12/31/2018 | | | 3795 | Eagle Carbon Inc. | 4,245.00 |
| 1/2/2019 | | | 3796 | SNF Mining | 10,092.00 |
| 1/3/2019 | | | 3797 | Larkin Hoskins - Expenses | 12,828.65 |
| 1/3/2019 | | | 3798 | Doss Electric | 673.00 |
| 1/3/2019 | | | 3799 | RT Rogers Oil Co. Inc. | 7,497.00 |
| 1/3/2019 | | | 3800 | Resources Limited | 50,000.00 |
| 1/4/2019 | 38,653.09 | | | DCS Inv. 1063-18 | |
| 1/4/2019 | 52,753.53 | | | DCS Inv. 1064-18 | |
| 1/8/2018 | | | 3801 | Void | 0.00 |
| 1/11/2018 | 11,470.01 | | | DCS 1066-18 | |
| 1/11/2018 | 50,711.29 | | | DCS 1000-19 | |
| 1/11/2018 | 386,178.08 | | | Integrity 1001-19 | |
| 1/11/2019 | | | 3802 | WVDEP | 794.00 |
| 1/11/2019 | | | 3803 | AAA Septic Tank Service | 397.50 |
| 1/11/2019 | | | 3804 | ADP | 263.87 |
| 1/11/2019 | | | 3805 | American Electric Power | 100.00 |
| 1/11/2019 | | | 3806 | American Electric Power | 112.68 |
| 1/11/2019 | | | 3807 | American Electric Power | 28,307.15 |
| 1/11/2019 | | | 3808 | AFCO | 9,929.04 |
| 1/11/2019 | | | 3809 | ASP Technical Services | 3,608.04 |
| 1/11/2019 | | | 3810 | AT&T | 347.84 |
| 1/11/2019 | | | 3811 | Beckley Newspapers | 604.32 |
| 1/11/2019 | | | 3812 | Compliance Labs | 14,195.00 |
| 1/11/2019 | | | 3813 | Cramer Security | 37,073.91 |
| 1/11/2019 | | | 3814 | Crosiers | 1,878.32 |
| 1/11/2019 | | | 3815 | CrossFire | 14,364.00 |
| 1/11/2019 | | | 3816 | Doss Engineering | 9,426.13 |
| 1/11/2019 | | | 3817 | Elite Coal Services | 39,049.43 |
| 1/11/2019 | | | 3818 | Frontier | 406.50 |

| Date | Amount 1 | Ref | Description | Amount 2 |
|---|---|---|---|---|
| 1/11/2019 | | 3819 | Gallagher Coal Research | 8,758.90 |
| 1/11/2019 | | 3820 | Herman & Cormany | 8,962.00 |
| 1/11/2019 | | 3821 | Karen Payne | 600.00 |
| 1/11/2019 | | 3822 | Mountain State Company | 24,000.00 |
| 1/11/2019 | | 3823 | Page-Kincaid Public Service District | 811.01 |
| 1/11/2019 | | 3824 | Page-Kincaid Public Service District | 811.01 |
| 1/11/2019 | | 3825 | Page-Kincaid Public Service District | 94.94 |
| 1/11/2019 | | 3826 | Progressive Commercial | 1,716.96 |
| 1/11/2019 | | 3827 | Sturm Environmental Services | 23,679.25 |
| 1/14/2019 | | 3828 | Resources Limited LLC. | 150,000.00 |
| 1/14/2019 | | 3829 | Page-Kincaid Public Service District | 1,716.96 |
| 1/14/2019 | | 3830 | WVDEP | 575.00 |
| 1/14/2019 | | 3831 | WVDEP | 794.00 |
| 1/14/2019 | | 3832 | WVDEP | 450.00 |
| 1/14/2019 | | Online PMT | ADP - Payroll | 31,390.76 |
| 1/14/2019 | | Online PMT | ADP - Payroll Taxes | 23,171.54 |
| 1/14/2019 | | 3833 | Diana Hodges | 12.90 |
| 1/14/2019 | | 3834 | Gunjan Gupta - Expenses | 7,307.88 |
| 1/14/2019 | | 3835 | Jeremy Simms | 1,736.64 |
| 1/14/2019 | | 3836 | Michael Pittman | 257.15 |
| 1/14/2019 | | 3837 | Paul Saluja | 1,199.26 |
| 1/14/2019 | | 3838 | Vedat Ozsever | 2,202.92 |
| 1/14/2019 | | 3839 | WV Division of Natural Resources | 150.00 |
| 1/15/2019 | | 3840 | HD Media | 420.00 |
| 1/15/2019 | | Online PMT | Dominion Carbon | 8,278.16 |
| 1/17/2019 | 33,686.25 | | Calgon 1002-19 | |
| 1/17/2019 | 33,686.25 | | Dominion Carbon 1003-19 (O.P. 1079.56) | |
| 1/17/2019 | | 3841 | H&E Electric | 1,700.00 |
| 1/17/2019 | | 3842 | Bill Miller Equipment Sales, Inc. (Dup) | 46,000.00 |
| 1/17/2019 | | 3843 | Resources Limited LLC. | 51,000.00 |
| 1/23/2019 | | 3844 | RT Rogers Oil Co. Inc. | 7,000.00 |
| 1/23/2019 | | 3845 | NTCI - Transfer to WB account | 200,000.00 |
| 1/24/2019 | 76,562.50 | | Calgon 1005-19 | |
| 1/25/2019 | 12,151.22 | | Dominion Carbon 1004-19 | |
| 1/25/2019 | 8,500.91 | | Dominion Carbon 1006-19 (minus overpayment of $ 1079.56 on 1003-19) | |
| 1/25/2019 | 398,750.00 | | Integrity Prepayment | |
| 1/28/2019 | | 3846 | NTCI - Transfer | 400,000.00 |
| 1/29/2019 | | | ADP - Payroll | 31,385.11 |
| 1/29/2019 | | | ADP - Payroll Taxes | 22,794.28 |
| 1/31/2019 | 71,318.75 | | Calgon Carbon 1007-19 | |
| 2/1/2019 | | 3847 | Highmark Blue Cross | 5,372.33 |
| 2/6/2019 | 697,254.25 | | Integrity Balance 1010-19 | |
| 2/8/2019 | | | Dominion Carbon (Inv. No. 119-19) | 11,337.98 |
| 2/8/2019 | | | Dominion Carbon (Inv. No. 115-19) | 635.12 |
| 2/8/2019 | 52,926.25 | | Calgon Carbon 1009-19 | |
| 2/8/2019 | | 3848 | Resources Limited | 92,000.00 |

| Date | Amount | Check/Type | Payee | Amount |
|---|---|---|---|---|
| 2/11/2019 | | 3849 | Transfer to NTCI | 100,000.00 |
| 2/14/2019 | 71,548.75 | | Calgon Inv. 1012-19 | |
| 2/14/2019 | 21,889.86 | | Dominion Carbon Inv. 1011-19 | |
| 2/15/2019 | | 3850 | Resources Limited | 40,000.00 |
| 2/15/2019 | | 3851 | Resources Limited | 30,000.00 |
| 2/15/2019 | | 3852 | Resources Limited | 16,000.00 |
| 2/15/2019 | | 3853 | VOID | 0.00 |
| 2/15/2019 | | 3854 | VOID | 0.00 |
| 2/15/2019 | | 3855 | VOID | 0.00 |
| 2/15/2019 | | 3856 | Karen Payne | 600.00 |
| 2/18/2019 | | 3857 | Resources Limited | 43,000.00 |
| 2/18/2019 | | 3858 | Resources Limited | 32,000.00 |
| 2/19/2019 | | Online PMT | Dominion Carbon 121-19 | 858.59 |
| 2/19/2019 | | 3859 | VOID | 0.00 |
| 2/19/2019 | | 3860 | VOID | 0.00 |
| 2/19/2019 | | 3861 | New Trinity Coal - Transfer | 75,000.00 |
| 2/19/2019 | | 3862 | Larkin Hoskins | 19,000.00 |
| 2/20/2019 | 11,828.75 | | Calgon Carbon Inv. 1014-19 | |
| 2/20/2019 | 41,833.64 | | DCS Inv. 1013-19 | |
| 2/21/2019 | | 3863 | Philip Beddows | 5,000.00 |
| 2/21/2019 | | 3864 | Phil Scott | 9,000.00 |
| 2/25/2019 | | 3865 | Highmark Blue Cross | 10,126.71 |
| 2/25/2019 | | 3866 | Resources Limited | 92,000.00 |
| 2/26/2019 | | Online PMT | New Trinity Coal (Payroll) | 30,239.68 |
| 2/26/2019 | | Online PMT | New Trinity Coal (Payroll Taxes) | 21,545.41 |
| 2/27/2019 | 13,446.55 | | DCS Inv. 1015-19 | |
| 2/27/2019 | 65,071.25 | | Calgon Carbon Inv. 1016-19 | |
| 2/28/2019 | | 3867 | Void | 0.00 |
| 2/28/2019 | | 3868 | Void | 0.00 |
| 2/28/2019 | | 3869 | Pierson Legal Services | 10,000.00 |
| 2/28/2019 | | 3870 | Della Cline-Gentile | 1,000.00 |
| 3/1/2019 | 241,145.00 | | Calgon Carbon Inv. 1018-19 | |
| 3/1/2019 | | Online PMT | One Beacon - Bond Collateral | 203,140.00 |
| 3/1/2019 | | 3871 | New Trinity Coal - Transfer | 100,000.00 |
| 3/4/2019 | | OnlinePMT | Pierson Legal Services | 50,000.00 |
| 3/4/2019 | | 3872 | Michael Pittman | 623.55 |
| 3/4/2019 | | 3873 | Diana Hodges | 53.33 |
| 3/4/2019 | | 3874 | VOID | 0.00 |
| 3/4/2019 | | 3875 | WV MHS&T | 400.00 |
| 3/4/2019 | | 3876 | WV MHS&T | 400.00 |
| 3/4/2019 | | 3877 | Gunjan Gupta - Expenses | 9,004.78 |
| 3/4/2019 | | 3878 | Gunjan Gupta - Expenses | 90.61 |
| 3/4/2019 | | 3879 | Vedat Ozsever | 2,250.32 |
| 3/4/2019 | | 3880 | Resources Limited | 40,000.00 |
| 3/4/2019 | | 3881 | Resources Limited | 50,000.00 |
| 3/6/2019 | 55,208.75 | | Calgon - Inv. 1019-19 | |
| 3/6/2019 | 59,662.50 | | Calgon - Inv. 1020-19 | |

| Date | Amount | Check # | Payee | Amount |
|---|---|---|---|---|
| 3/7/2019 | | 3882 | Cecil I. Walker Machinery Company | 1,374.00 |
| 3/7/2019 | | 3883 | Fragomen | 285.00 |
| 3/8/2019 | 139,778.75 | | Calgon - Inv. 1021-19 | |
| 3/8/2019 | 65,492.50 | | Calgon - Inv. 1023-19 | |

CK/Bank ReCap                                EXHIBBIT 3.1(b)
                                             Wesbanco

| # | Date | Payee | Amount |
|---|---|---|---|
| 1201 | 1/23/2019 | Guardco | 25,000.00 |
| 1202 | 1/24/2019 | Resources Ltd | 55,000.00 |
| 1203 | 1/28/2019 | D Hodges | 53.33 |
| 1204 | 1/28/2019 | J Simms | 423.83 |
| 1205 | 1/28/2019 | M Pittman | 128.65 |
| 1206 | 1/28/2019 | P Saluja | 14,675.17 |
| 1207 | 1/28/2019 | P Prusty | 1,500.00 |
| 1208 | 1/28/2019 | A Ozserver | 2,143.74 |
| 1209 | 1/29/2019 | Bill Miller Equip Sales | 46,000.00 |
| 1210 | 1/28/2019 | VOIDED CK | - |
| 1211 | 1/29/2019 | Holiday Inn Express | 1,071.54 |
| 1212 | 1/29/2019 | Limestone Dust | 1,196.00 |
| 1213 | 1/29/2019 | Limestone Dust | 1,196.00 |
| 1214 | 1/31/2019 | Crossfire | 14,419.73 |
| 1215 | 1/31/2019 | Resources Ltd | 45,000.00 |
| 1216 | 1/31/2019 | Huffman Trucking Co | 31,694.33 |
| 1217 | 1/31/2019 | Larkin Hoskins | 8,719.13 |
| 1218 | 2/5/2019 | Mountain State Co | 500.00 |
| 1219 | 2/5/2019 | Quality Magnetite | 8,125.00 |
| 1220 | 2/6/2019 | Elite Coal Services | 16,436.97 |
| 1221 | 2/8/2019 | Saluja Law Offices | 3,000.00 |
| 1222 | 2/13/2019 | VOIDED CK | - |
| 1223 | 2/13/2019 | VOIDED CK | - |
| 1224 | 2/13/2019 | VOIDED CK | - |
| 1225 | 2/13/2019 | Elite Coal Services | 36,727.24 |
| 1226 | 2/13/2019 | Crossfire | 3,853.02 |
| 1227 | 2/13/2019 | Gallagher Coal Research | 30,819.01 |
| 1228 | 2/14/2019 | AFCO | 54,470.92 |
| 1229 | 2/14/2019 | AFCO | 20,066.66 |
| 1230 | 2/14/2019 | Shentel | 341.73 |
| 1231 | 2/14/2019 | AppRiver | 558.00 |
| 1232 | 2/14/2019 | Vedat Ozserver | 551.59 |
| 1233 | 2/14/2019 | Paul Saluja | 2,478.89 |
| 1234 | 2/14/2019 | Michael Pittman | 212.32 |
| 1235 | 2/14/2019 | Jeremy Simms | 620.73 |
| 1236 | 2/14/2019 | Virco Contracting | 10,000.00 |
| 1237 | 2/18/2019 | Eagle Carbon | 4,245.00 |
| 1238 | 2/18/2019 | AEP | 31,272.65 |
| 1239 | 2/18/2019 | AEP | 224.62 |
| 1240 | 2/18/2019 | AEP | 283.87 |
| 1241 | 2/18/2019 | Southern Safety | 750.00 |
| 1242 | 2/18/2019 | Crossfire | 3,233.77 |
| 1243 | 2/18/2019 | Crosiers | 173.84 |
| 1244 | 2/18/2019 | Crosiers | 173.84 |
| 1245 | 2/18/2019 | Crosiers | 173.84 |

| | | | |
|---|---|---|---:|
| 1246 | 2/18/2019 | AAA Septic Tank Svcs | 132.50 |
| 1247 | 2/18/2019 | AAA Septic Tank Svcs | 132.50 |
| 1248 | 2/18/2019 | AAA Septic Tank Svcs | 132.50 |
| 1249 | 2/18/2019 | AAA Septic Tank Svcs | 132.50 |
| 1250 | 2/20/2019 | Virco Contracting | 50,422.50 |
| 1251 | 2/25/2019 | VOIDED CK | - |
| 1252 | 2/25/2019 | VOIDED CK | - |
| 1253 | 2/25/2019 | Doss Electric | 420.00 |
| 1254 | 2/25/2019 | Beckley Welding | 1,778.37 |
| 1255 | 2/26/2019 | AEP | 302.76 |
| 1256 | 2/26/2019 | RT Rogers Oil | 7,765.61 |
| 1257 | 2/26/2019 | RT Rogers Oil | 7,131.60 |
| 1258 | 2/27/2019 | Fleet Resources, LLC | 4,000.00 |
| 1259 | 2/27/2019 | Page-Kincaid PSD | 1,622.02 |
| 1260 | 2/27/2019 | Page-Kincaid PSD | 1,622.02 |
| 1261 | 2/27/2019 | Page-Kincaid PSD | 189.88 |
| 1262 | 3/1/2019 | Saluja Law Offices | 3,000.00 |
| 1263 | 3/4/2019 | Donna Toler | 1,600.00 |
| 1264 | 3/4/2019 | Crossfire | 895.62 |
| 1265 | 3/4/2019 | CC Safety Supply | 3,928.90 |
| 1266 | 3/4/2019 | Bill Miller Equip Sales | 58,000.00 |
| 1267 | 3/4/2019 | Mountain State Co | 24,000.00 |
| 1268 | 3/4/2019 | Bill Miller Equip Sales | 10,000.00 |

***Current Balance***                         ***654,724.24***

Debtor  **New Trinity Coal Incorporated**                                Case number *(if known)* **2:19-bk-20088**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. **Rishi Goyaol**<br>Essar, 9th Floor, Essar House<br>11 KK MARG, Mahalaxmi<br>Mumbai, Maharazhtra<br>Employee of Essar Services | 11 payments, various dates 1/18 TO 12/18 | $3,833.53 | expenses - payment directed by Essar Global |
| 4.7. **Holiday Inn Express** | | $6,191.46 | expenses - payment directed by Essar Global |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **WPP LLC**<br>5260 IWIN ROAD<br>Huntington, WV 25705 | **Armstrong Lease with Deepwater Resources Terminated** | 3/1/2019 | $1,000,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Chase Bank** | **Fees offset against checking account**<br>Last 4 digits of account number: ____ | | $300.00 |

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Virginia Johnson v Guardco Security, LLC, Gary Lee Grover, Karen Payne and Deep Water Resources, LLC**<br>**18-C-173** | The Plaintif Virginia Johnston the administratrix of the Estate of Johnny Johnston asserts that Johnny Johnston was killed by a fatal gunshot by Gary Lee Grover an employee of Guardco Security, LLC which was hired to provide security as the Deepwater Fayette site. | Circuit Court of Fayette County, WV<br>Fayette County Courthouse<br>P.O. Box 600<br>100 North Court Street<br>Nantucket, MA 02584 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1.<br><br>James Pierson, Pierson Legal Services<br>P. O. Box 2291<br>Charleston, WV 25328 | | June 22, 2018, retainer regarding anaylisis of financial condition and for due dilligance to ascertain if certain liens could be removed. | $10,000.00 |
    | Email or website address<br>jpierson@piersonlegal.com | | | |
    | Who made the payment, if not debtor? | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. James Pierson/ Pierson Legal Services<br>P. O. Box 2291<br>Charleston, WV 25328 | | $10,000.00 restore retainer for due diligence ultimately applied toward bankruptcy | $10,000.00 |

Email or website address
jpierson@piersonlegal.com

Who made the payment, if not debtor?

| | | | |
|---|---|---|---|
| 11.3. James Pierson dba Pierson Legal Services<br>5300 MacCorkle Avenue, SE<br>P.O. Box 2291<br>Charleston, WV 25328-1210 | | Immediately prior to filing, payment by certified check as bankruptcy retainer placed in trust account for future services. | $50,000.00 |

Email or website address
jpierson@piersonlegal.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Prior management  prior to 4/2016 but none known | | | $0.00 |
| Trustee | | | |
| Frasure Mining Bankruptcy Trust Case # | Transfers recovered from creitors in pior bankruptcy | | Unknown |
| Trustee | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 137 1/2 East Main Street<br>Oak Hill, WV 25901 | before current management but within 3yr |
| 14.2. | P.O. Box 100<br>Oak Hill, WV 25901 | current |
| 14.3. | 1058 McClellans Mountains Road<br>Kincaid | current |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan
**Annual Performance Bonus recieved by Gunjan Gupta for 2016-2017 in the amount of $187,500**

Employer identification number of the plan
EIN: none

Has the plan been terminated?
■ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Security Building<br>100 Capitol Street<br>Charleston, WV 25301 | Paul Saluja<br>Gunjan Gupta<br>Barbara Christian | files | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Frasure Creek Mining, LLC<br>1058 MaClellans Mountain Road<br>Kincaid, WV 25119 | | All leases which are in the name of affiliated entities are in the possesion and control of Frasure Creek Mining, LLC who holds all permits and New Trinity Coal Inc who posted all bonds. New Trinity Coal Inc. is the only operating entity and income from its operations pays for reclamation activities on all affilated company properties. | Unknown |

## Part 12: Details About Environment Information

Debtor  **New Trinity Coal Incorporated**                                          Case number *(if known)* **2:19-bk-20088**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Appliachian Voices, Inc. et al. v Frasure Creek Mining, LLC. and Trinity Coal Corporation<br>7:15-cv-0023-ART-EBA | US District Ct for Eastern District KY | Frasure Creek Mining, LLC is a subsidiary of the Debtor and holds all permits for New Trinity Coal, Inc., Deepwater and all other affiliated mining operations. A consent Order was entered 2/8/16 which barred Frasure Creek from mining in KY for 5 years | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Administrative order entered under WPCA, (W.VA code, Chapter 22, Article11) against Frasure Creek Mining, LLC  entered 2/15/19<br>M-19-267 | WVDEP<br>601 57th Street., S.E.<br>Charleston, WV 25304 | Order for compliance entered directing Frasure Creek Mining, LLC to take remedial actions regarding WVSCI score decline | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Frasure Creek Mining, LLC<br>1058 MaClellans Mountain Road<br>Kincaid, WV 25119 | WV Dept. of Environmental Protection<br>1159 Nick Rahall Greenway<br>Fayetteville, WV 25840 | WV Code 22, art. 3 section 13 [ 22-3-13(b)(17)] | 03/15/2019 |

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor  **New Trinity Coal Incorporated**                                            Case number *(if known)*  2:19-bk-20088

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Frasure Creek Mining LLC<br>1058 MaClellans Mountain Road<br>Kincaid, WV 25119 | | Dates business existed<br>EIN: 364429409KY<br>From-To |
| 25.2. | Deep Water Resources LLC<br>1058 MaClellans Mountain Road<br>Kincaid, WV 25119 | | EIN: 311746594WV<br>From-To |
| 25.3. | Hughes Creek Terminal LLC<br>1058 MaClellans Mountain Road<br>Kincaid, WV 25119 | | EIN: 205228285WV<br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

| | | Date of service From-To |
|---|---|---|
| 26a.1. | Herman & Cormany<br>8 Capitol St., Ste 600<br>Charleston, WV 25301 | 08/2017 to present |
| 26a.2. | Silvia Yehezekal, CPA<br>315 Madison Ave<br>Ste 1804<br>New York, NY 10017 | unknown, engaged at the direction of parent Essar Global |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| | | Date of service From-To |
|---|---|---|
| 26b.1. | Herman & Cormany<br>8 Capitol St., Ste 600<br>Charleston, WV 25301 | 08/2017 to present |

**Name and address**

| | | Date of service From-To |
|---|---|---|
| 26b.2. | P&G Associates, PLLC<br>300 E. Royal Lane<br>Suite 127<br>Irving, TX 75039 | 8/23/18-filing |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

If any books of account and records are unavailable, explain why

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page **9**
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor **New Trinity Coal Incorporated**

Case number (if known) 2:19-bk-20088

**Name and address**

26c.1. Management prior to 2017
unknown

If any books of account and records are unavailable, explain why

Current management took over the operation of ther business in January, 2017. At that time the mining operations were idled and there have been no management in place for over a year. The only records provided to current management were old tax returns from which they reconstructed records to the extent possible.

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. One Beacon
Terry Dahl, VP and Surety Counsel
One State Street Plaza
31st floor
New York, NY 10004

26d.2. Lexant
73583 Nethersole Drive
Cleveland, OH 44130

26d.3. Essar Services

26d.4. Essar Steel India Limited

26d.5. Essar Global Fund Limited

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gunjan Gupta | New Trinity | President & CEO, and director | |
| Sushil Baid | | Director | |
| Paul Saluja | New Trinity | Vice president and general counsel | |

Official Form 207         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 10
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Deepak Maheshwari | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Gunjan Gupta | salary and bonus | | employment |
| | Relationship to debtor<br>President, CEO, and Director | | | |
| 30.2 | Paul Saluja | salary | | employment |
| | Relationship to debtor<br>Vice president and general counsel | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Frasure Creek Mining | EIN: 364429409 |
| Deep Water Resources | EIN: 311746594 |
| Hughes Creek Terminal | EIN: 205228285 |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in

| Debtor | New Trinity Coal Incorporated | Case number (if known) | 2:19-bk-20088 |
|---|---|---|---|

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 25, 2019**

**/s/ Gunjan Gupta**
Signature of individual signing on behalf of the debtor

**Gunjan Gupta**
Printed name

Position or relationship to debtor **President and CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes